FILED

2026 Mar-11  PM 01:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHWESTERN DIVISION

|  |  |
|---|---|
| SARAH CLARK, <br><br> *Plaintiff*, <br><br> v. <br><br> FISH BEAR STUDIO, LTD, <br><br> *Defendant*. | CIVIL ACTION NO. _____ |

## DECLARATION OF XIAO LIU

I, Xiao Liu, declare and state as follows:

1.      I am employed as director of Fish Bear Studio Ltd., the Defendant in the above-captioned action.

2.      As director, I am familiar with the operations, business books and records of Fish Bear Studio Ltd. ("Fish Bear").

3.      I make this affidavit based on personal knowledge, records maintained in the ordinary course of business, and information reported to me in the ordinary course of business by individuals with a business duty to accurately report that information.

4.      I am over the age of eighteen (18) and competent to testify. If called upon to do so, I could and would testify competently to the matters stated herein.

5.      Fish Bear is a Hong Kong limited company with its principal place of business in Hong Kong.

6.      Fish Bear owns and operates free-to-play online social gaming platforms, Sorcery Reels and Texas Poker Club (each a "Platform," together, "Platforms").

1

7.     I understand that on January 6, 2026, Sarah Clark initiated this action against Fish Bear by filing a Complaint in the Circuit Court of Franklin County, Alabama, Case No. 33-CV-2026-900027.00, seeking to recover certain sums paid by Alabama users of the Platforms.

8.     I have reviewed the Complaint filed by Plaintiff in this action.

9.     Only registered users may play the Platforms' social games. Before an individual can play social games on each of the Platforms, the individual must establish an account on that Platform through an online process that requires user to provide their name, email address, birth date, and primary address and agree to Terms of Service ("Terms") and Privacy Policy. Once the account is established, a user identification (or player) number will then be assigned to that individual. To authenticate the identity of the individual establishing the account, an email will be sent to the email address provided during the account-creation process. The individual will then need to open that email and enter the one-time verification code received in the email into the account registration page on their device, in order to authenticate their identity and activate the account. Alternatively, on Sorcery Reels the user can also create an account through their existing Google or Facebook accounts based on the Single Sign-On technology requiring only cell phone verification.

10.    The account registration processes described in this Declaration are the processes as of the date of the filing of the Complaint, January 6, 2026, and did not materially change in the twelve months preceding January 6, 2026, and have not materially changed since January 6, 2026. This period beginning January 6, 2025, is referred to in this Declaration as the "Relevant Time Period."

11.     During the Relevant Time Period, no user of either Platform could play any of the games on that Platform, make any purchase on that Platform, or redeem any prizes on that Platform, unless he or she created a user account on that Platform.

12.     To create an account, an individual user must check a box confirming agreement with the company's Terms and Privacy Policy. These documents are made immediately available to the user through a hyperlink. If an individual fails to check the box confirming agreement to the Terms and Privacy Policy, the system will not allow the individual to proceed further in the account-creation process.

13.     Attached hereto as **Exhibit A** is a true and accurate copy of the Sorcery Reels Terms currently in effect.

14.     Attached hereto as **Exhibit B** is a true and accurate copy of the Texas Poker Club Terms currently in effect.

15.     Under the Platforms' Terms, users agree to submit all past, pending, or future disputes between them and Fish Bear arising out of or relating to any purchase or transaction by the user, or arising out of the Platforms' Terms and the Arbitration Agreement contained within the Terms, to binding, individual arbitration.

16.     Users also agree that any dispute concerning the breach, enforcement, construction, validity, interpretation, enforceability, or arbitrability of the Terms and the Arbitration Agreement contained within the Terms will be resolved by arbitration.

17.     The Arbitration Agreement calls for arbitration administered by JAMS under its Comprehensive Arbitration Rules and Procedures ("JAMS Rules") in effect at the time arbitration is sought and, to the extent applicable, the JAMS Mass Arbitration Procedures and Guidelines.

18.     Platform users may opt out of the Arbitration Agreement by sending written notice to Fish Bear within 30 days of account creation. As of the date of this Declaration, only one user has opted out of the Arbitration Agreement.

19.     I am aware that Plaintiff seeks to certify a class constituting all Alabama residents who spent money purchasing virtual coins on the Platforms and suffered a net loss on the Platforms within the six months preceding the filing of the Complaint and continuing until a potential class certification.

20.     I am also aware that Plaintiff seeks a final judgment awarding the Plaintiff and the putative class a refund of their net losses on the Platforms in the period six months prior to the filing of the Complaint and continuing through any entry of judgment (the "Loss Recovery Period").

21.     I have reviewed the user profiles and purchase records for the Platforms from the six months prior to the Complaint to the present to identify users in Alabama.

22.     The records reflect that during the Loss Recovery Period there were more than 100 Alabama residents who would be members of the putative class as defined in the Complaint.

23.     The records reflect that during the Loss Recovery Period, there were over 20,000 people in the state of Alabama who made a purchase on the Platforms.

24.     The records also reflect that the amount sought on behalf of Plaintiff and the putative class will exceed $5 million during the Loss Recovery Period.

25.     Net purchases by Alabama residents for 2026 are expected to follow a similar pattern and trajectory of growth.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March ⎪⎪, 2026                    Respectfully submitted,

_Xiao Liu_

_____

Xiao Liu

# EXHIBIT A

# TERMS OF SERVICES

## Version 12.0

IMPORTANT NOTICE: These Terms of Services have been updated as of Dec 15th, 2025, and shall supersede and replace all prior Terms of Services.

These Terms of Services ("the Terms" or "TOS") and the Arbitration Agreement (see Section 17) form binding agreements between you ("You," or "User,") and Fish Bear Studio Limited ("Fish Bear" "Us, "We" or "Sponsor") which provide all of the terms and conditions governing Your access and use of the platform called "Sorcery Reels" at the following URL: https://sorceryreels.com/ and any related applications (the "Site") as well as Your creation of Your Fish Bear user account ("User Account"), use of the freemium games ("Games") on the Site, and any transactions or dealings with Us in any way (collectively, the "Service").

## IMPORTANT NOTICES:

THIS WEBSITE AND THE SERVICES PROVIDED HEREIN DO NOT OFFER "REAL MONEY GAMBLING." NO ACTUAL MONEY IS REQUIRED TO PLAY, AND THE SERVICE IS INTENDED FOR ENTERTAINMENT PURPOSES ONLY.

THESE TERMS OF SERVICES INCLUDE AN ARBITRATION AND CLASS ACTION WAIVER AGREEMENT WHICH REQUIRES THAT ANY PAST, PENDING, OR FUTURE DISPUTES BETWEEN YOU AND US SHALL BE RESOLVED BY FINAL AND BINDING ARBITRATION ON AN INDIVIDUAL BASIS ONLY AND FOR YOUR OWN LOSSES ONLY. YOU MAY NOT PROCEED AS A CLASS REPRESENTATIVE, MEMBER OR PART OF ANY PROPOSED CLASS, COLLECTIVE ACTION, MASS ARBITRATION, PRIVATE ATTORNEY GENERAL SUIT, QUI TAM ACTION OR ANY REPRESENTATIVE PROCEEDING, OR OTHERWISE SEEK TO RECOVER ON BEHALF OF OTHERS OR FOR THE BENEFIT OF OTHERS IN ANY TYPE OF CLAIM OR ACTION. ARBITRATION MEANS YOU WILL NOT BE ABLE TO SEEK DAMAGES IN COURT OR PRESENT YOUR CASE TO A JURY.

OPT-OUT. IF YOU DO NOT WISH TO BE SUBJECT TO ARBITRATION ON A RETROACTIVE BASIS AND AS TO ANY FUTURE CLAIMS, AND YOU HAVE NOT PREVIOUSLY AGREED TO AN ARBITRATION PROVISION WITH US IN CONNECTION WITH YOUR USE OF OUR SERVICES, YOU MAY OPT OUT OF THE ARBITRATION AGREEMENT WITHIN THIRTY (30) DAYS OF ENTERING THIS AGREEMENT BY FOLLOWING THE INSTRUCTIONS PROVIDED IN THE "BINDING ARBITRATION AGREEMENT AND CLASS ACTION WAIVER" – SEE SECTION 17 OF THESE TERMS, BELOW. OPT-OUT REQUESTS SENT AFTER THE THIRTY (30) DAY PERIOD SHALL BE NULL AND VOID.  EVEN IF YOU OPT OUT OF THE ARBITRATION AGREEMENT IN SECTION 17, ALL OTHER REMAINING SECTIONS OF THESE TERMS APPLY.

PLEASE READ THE FOLLOWING TERMS OF SERVICES, THE ARBITRATION AGREEMENT AND CLASS ACTION WAIVER (SEE SECTION 17 BELOW), AND THE Fish Bear PRIVACY POLICY CAREFULLY BEFORE USING THE SERVICES OFFERED IN CONNECTION WITH ANY Fish Bear  SERVICES. YOU AGREE THAT YOUR CONTINUED USE OR ACCESS OF THE SITE OR SERVICES SHALL BE SUBJECT TO THESE Terms of Services, WHICH FURTHER INCORPORATE AND THE [PRIVACY POLICY,](#) THE [OFFICIAL SWEEPS RULES](#), AND THE [RESPONSIBLE SOCIAL GAMEPLAY](#), AND ANY OTHER POLICIES THAT EXPRESSLY INCORPORATE THESE TERMS (COLLECTIVELY, "INCORPORATED POLICIES").

IT IS AN EXPRESS CONDITION OF THIS AGREEMENT THAT ANY CLAIMS YOU MAY HAVE AGAINST Fish Bear  ARISING FROM ANY past, present or future USE OF tracking software, including BUT NOT LIMITED TO USE OF A Meta Pixel, "cookies," "GET requests" or JavaScript in HTML code of Fish Bear 'S website that intercepts, tracks, stores, and analyzes your interactions with Fish Bear 'S website FOR PURPOSES OF OBTAINING data or targeted advertisement ARE HEREBY FULLY WAIVED, RELEASED AND COMPROMISED.  Fish Bear  shall have no liability to You for any past claims arising out of or related to the use OF tracking technology.

**Acceptance of Terms.**    You represent and warrant that You have the right, authority, and capacity to accept these Terms and to abide by them, that You are of legal age and that You have fully read and understood the

Terms. You must read these Terms carefully in their entirety **before checking the box for acceptance of these Terms.** By using, or otherwise accessing the Service, or clicking to accept or agree where that option is made available, You confirm that you have read and agree to these Terms. If you do not agree to these Terms, then you may not access or use the Platform or Service. All of your activity on the Website or Platform and all or your transactions with Fish Bear , including all events which occurred before your acceptance of these Terms, shall be subject to these Terms.

The Service is not sponsored, endorsed, or administered by, or associated with Apple®, Facebook® or Google®. You understand that you are providing your information to Fish Bear  only and not to Apple®, Facebook® or Google®.

# DEFINITIONS

Collective Arbitration means any claim as part of a class, group, collective, coordinated, consolidated, mass, or representative proceeding.

Content means text, graphics, user interfaces, visual interfaces, photographs, trademarks, logos, sounds, music, artwork, computer code and other material used, displayed or available as part of the Games and Platform. Content includes GOLD COINS, SORCERAY COINS AND SWEEPS COINS.

Game means any one or more Game(s) available on the Platform in either Standard Play or Promotional Play. We reserve the right to add and/or remove Games from the Platform (including limiting their availability in certain jurisdictions) at our sole discretion for any reason.

GOLD COINS means the virtual social gameplay token which enables you to play the Standard Play Games. GOLD COINS have no monetary value and cannot under any circumstance be redeemed for prizes.

Inactive Account means a Customer Account which has not recorded any log in or log out for a period exceeding 12 consecutive months.

Participate means playing any Games or using our Platform in any manner

Ex. A 0003

whatsoever.

Payment Administration Services means the service provided through any related body corporate, affiliate, or third party that Fish Bear Studio Limited appoint to act as the agent. Lucky Warrior Studio Limited (hereinafter referred to as "Lucky Warrior "), a corporation duly organized and existing under the laws of the USA, with its address at 3237 East Guasti Rd Ste 310, Ontario, CA, 91761, and HIWINGO Limited, a UK entity, with its address at 24a, Little Boyton Hall Farm, Boyton Cross Chelmsford, Essex, CM1 4LN, are authorized and responsible for executing payment processing functions and providing Payment Administration Services within the United States, and Conducting marketing activities and operations on behalf of Fish Bear Studio Limited in the territorial jurisdiction of the United States, and publishing the relevant games in the United States under a license from Fish Bear Studio Limited.

Payment Mechanism means any card, online wallet, financial/bank account or other payment mechanisms used to purchase GOLD COINS.

Platform means the Services provided through any URL or mobile application belonging to, or licensed to us.

Player means any person who Participates, whether or not a Registered Customer.

Prizes means prizes won when playing Promotional Play Games which are redeemable for valuable prizes in accordance with the Sweeps Rules.

Promotional Play means participation in our sweepstakes promotions by playing any Games on the Platform with Sweeps Coins.

Restricted Territories means the states of Connecticut, Delaware, Idaho, Kentucky, Michigan, Montana, Nevada, New Jersey, and Washington in the United States, the provinces of Ontario and Québec in Canada, and any other jurisdiction outside of the United States or Canada.

Registered Customer means a Player who has successfully registered a Customer Account, whether that account is considered active or not.

Ex. A 0004

Standard Play means participating in any Game on the Platform played with GOLD COINS and SORCERAY COINS. We may give you GOLD COINS AND SORCERAY COINS free of charge when you sign up to a Platform and thereafter at regular intervals when you log into a Platform. You may win more GOLD COINS AND SORCERAY COINS when you play in Standard Play and you may purchase more GOLD COINS on the Platform. You cannot win Prizes when you Participate in Standard Play.

SORCERAY COINS ("SC") means virtual social gameplay tokens which enable you to play the Standard Play Games and are available only to users physically located in the states of California and New York. SORCERAY COINS, like GOLD COINS, have no monetary value and cannot under any circumstances be redeemed for prizes, awards, or cash. SORCERAY COINS may be provided to eligible users free of charge as part of welcome bonuses, or other discretionary grants by the Platform. SORCERAY COINS ARE NOT SUBJECT TO REDEMPTION.

SWEEPS COINS means sweepstakes entries subject to the Sweeps Rules. We may give you Sweeps Coins free of charge when you sign up to a Platform, as a bonus when you purchase GOLD COINS or via each of our free alternative methods of entry as set out in the Sweeps Rules. You may win more Sweeps Coins when you Participate in Promotional Play. YOU CANNOT PURCHASE SWEEPS COINS.

Sweeps Rules means the Sweeps Rules available on the Platform.

Terms of Services means these terms and conditions, as amended from time to time.

Third Party Website means a third-party website not controlled by us.

User Account means an account held by a Registered Customer.

Virtual Coins means Gold Coins, Sorceray Coins and Sweeps Coins.

# 1. Changes to Terms of Services and Incorporated Policies

**1.1** From time to time, We may modify or amend these Terms. If We do so, any such modifications or changes shall be reflected in the TOU or Incorporated Policies, as applicable, on the Site. We may also, but shall not be required to, notify You by email regarding any material changes to the TOU or Incorporated Policies. Whether You receive or review such notifications, You agree that You will be bound by any such changes and that it shall be Your responsibility to check the Terms of Services, including the Incorporated Policies, as posted on the Site prior to accessing the Site or partaking in any Service. Your further use of the Service after any changes are posted shall constitute further consent and agreement to the terms as changed or amended.

**1.2** From time to time, We may also modify or amend any of the Incorporated Policies. If we do so, any such modifications or changes shall be reflected in the Incorporated Policies as posted on the Site. You agree that You will be bound by any such changes and that it shall be Your responsibility to check the Incorporated Policies as posted on the Site prior to accessing the Site or partaking in any Service. Your further use of the Service after any changes are posted shall constitute further consent and agreement to the Incorporated Policies as changed or amended.

**1.3** If You have any questions about these Terms or the Incorporated Policies, please contact customer support at support@sorceryreels.com and support@luckywarriors.com .

**1.4** In the event of any conflict between the Terms and the Incorporated Policies, the Terms shall control.

## 2. Limited Revocable License (the "License")

**2.1** GOLD COINS and SORCERAY COINS. The Service includes a License (defined below) to You to use virtual, in-game tokens, GOLD COINS and SORCERAY COINS provided for use on the Platform. No matter the reference, Virtual Coins are non-transferrable and may be used subject to this License only. On the Site, Games are currently played with GOLD COINS AND SORCERAY COINS. Regardless of the format of the Games of chance presented

on the Platform, there is no opportunity for a User on the Platform to win real-money or any prize while playing the Games using GOLD COINS AND SORCERAY COINS, regardless of whether any purchase was made at any point by the User. GOLD COINS AND SORCERAY COINS do not have any real money value, of which have been submitted for play and accepted cannot be changed, and they will be drawn from your GOLD COINS AND SORCERAY COINS balance instantly.

**2.2**    <u>The License</u>. Subject to Your agreement and continuing compliance with these Terms, we grant You a limited, personal, non-exclusive, non-transferable, non-sublicensable, revocable, license to access and use the Service, Games and Virtual Coins solely for Your personal, private entertainment on the Platform and for no other reason (the "License"). Other than this limited, personal, revocable, non-transferable, non-sublicensable License to use the Virtual Coins with the Service, You have no right or title in or to any such Virtual Coins appearing or originating with the Service, or any other attributes associated with use of the Service or stored within the Service. You acknowledge and agree that Your License to use the Service is limited by these Terms and if You do not agree to, or act in contravention of, these Terms, Your License to use the Service may be immediately terminated. We have the absolute right to manage, regulate, control, modify and/or eliminate such Virtual Coins as it sees fit in its sole discretion to the extent legally permissible, and We shall have no liability to You or anyone for the exercise of such rights.

**2.3**    <u>No Right to Sell or Assign.</u> The transfer or sale of Virtual Coins by You to any other person is strictly prohibited. You may NOT sell or assign Your User Account to any other person under any circumstances. Any attempt to do so is in violation of these Terms, will result in in closure and forfeiture of the User Account, and may result in a lifetime ban from the Service and possible legal action.

**2.4**    No Purchase Required. No purchase is required to set up a User Account or play Games. The Platform is committed to at all times providing additional access to GOLD COINS AND SORCERAY COINS or otherwise to free-to-play games to Users who deplete their balance of licensed GOLD COINS

Ex. A 0007

AND SORCERAY COINS. While it is never required to make any purchase in order to play the Freemium Games, Users may, subject to the License, increase the number of GOLD COINS AND SORCERAY COINS they may access for licensed use on the Platform only, increase the variety of available Games and remove advertisements by making a purchase. GOLD COINS AND SORCERAY COINS are non-redeemable, non-transferrable, and carry no cash value. You understand and agree that any purchases are final and that We are not required to provide a refund for any reason. All Virtual Coins under this License are forfeited if Your User Account is terminated or suspended for any reason, in our sole and absolute discretion or if the Services are no longer available. To the extent legally permissible, if Your User Account, or a particular subscription for the Service associated with Your User Account, is terminated, suspended and/or if any Virtual Coins are selectively removed or revoked by Us from Your User Account, no refund will be granted, no Virtual Coins will be credited to You or converted to cash or other forms of reimbursement.

**2.5**   These Terms do not grant You any right, title or property or ownership interest in the Service or any Virtual Coins.

**2.6**   This Service is licensed, not sold, to You. You agree that we and our own licensors own all rights, title and interest in and to the Service, including all intellectual property rights therein as further specified below in Section 11, and that we retain ownership of the Service even after any installation on Your device. You agree not to delete or in any manner alter the copyright, trademark or other proprietary rights notices or markings which may appear on the Service.

## 2.7 Except as identified and specified in these Terms, You agree not to:

**2.7.1**   sell, rent, distribute, transfer, license, sub-license, lend or otherwise assign any rights of any part of the Service to any third party;

**2.7.2**   copy, modify, create derivative works of the Service (including but not limited to any software that forms part of the Service), including, without

Ex. A 0008

limitation, making adaptations or modifications to the Service;

**2.7.3**    reproduce the Service or any part in any form or by any means;

**2.7.4**    exploit the Service in any unauthorized way whatsoever, including without limitation, by trespass or burdening network capacity;

**2.7.5**    disassemble, decompile, reverse engineer, or attempt to derive the source code of the Service, in whole or in part, or permit or authorize a third party to do so, except to the extent such activities are expressly permitted by law;

**2.7.6**    make the Service available to multiple users by any means, including by uploading the Service to a file-sharing service or other type of hosting service or by otherwise making the Service available over a network where it could be used by multiple devices at the same time;

**2.7.7**    misrepresent the source of ownership of the Service;

**2.7.8**    scrape, build databases or otherwise create permanent copies of any content derived from the Service;

**2.7.9**    or  use the Service in any manner to harass, abuse, stalk, threaten, defame or otherwise infringe or violate the rights of any other party.

# 3. Eligibility

Your eligibility for continued use of the Service is contingent on Your ongoing compliance with these Terms, in particular:

**3.1**    You are over 18 years of age or the minimum legal age of majority whichever is higher in the jurisdiction in which you are located at the time of accessing or using the Service and are, under the laws of the jurisdiction(s) applicable to You, legally allowed to participate in the Games and access the Service;

Ex. A 0009

**3.2**    You understand and accept that we are unable to provide You with any legal advice or assurances and that it is Your sole responsibility to ensure that at all times You comply with the laws that govern You and that You have the complete legal right to use the Service;

**3.3**    You will monitor Your User Account and ensure that no child under the age of 18 can access the Service using Your User Account. You accept full responsibility for any unauthorized use of the Service by minors and You acknowledge that You are responsible for any use of the Service, including use of Your credit card or other payment instrument by minors;

**3.4**    You do not reside in and will not access the Games or Service from the states of Connecticut, Delaware, Idaho, Kentucky, Michigan, Montana, Nevada, New Jersey, and Washington in the United States, the provinces of Québec and Ontario in Canada, or any jurisdiction outside the United States or Canada, as otherwise posted within these Terms or on the Platform (the "Restricted Territories");

GOLD COINS PURCHASES MADE FROM WITHIN THE STATE OF CONNECTICUT, DELAWARE, IDAHO, MICHIGAN, MONTANA, NEVADA, NEW JERSY, AND WASHINGTON IN THE UNITED STATES OF AMERICA, AND IN THE PROVINCES OF QUEBEC AND ONTARIO IN CANADA, WILL BE VOIDED AND REFUNDED, MINUS AN ADMINISTRATIVE FEE OF UP TO 10% OF THE TOTAL PURCHASES MADE BY THE PLAYER, IN ADDITION TO ANY CHARGES THAT MAY BE LEVIED BY THE BANK OR FINANCIAL INSTITUTION MANAGING THE AFOREMENTIONED REVERSAL;

It is a Player's responsibility to ensure that their participation is lawful in their jurisdiction. Any person who is knowingly in breach of this term, including any attempt to circumvent this restriction, for example, by using a VPN, proxy or similar service that masks or manipulates the identification of your real location, or by otherwise providing false or misleading information regarding your location or place of residence, or by participating from an Restricted Territory or through a third party or on behalf of a third party located in an Restricted Territory, is in breach of these Terms and Conditions. You may be committing fraud and may be subject to criminal prosecution.

**3.5**   You participate in the Games strictly in Your personal capacity for recreational and entertainment purposes only;

**3.6**   You further represent and warrant that all information you supply to Us is complete and accurate. Knowingly submitting incomplete or inaccurate information may result in immediate termination of Your User Account, any License from Us, and any further participation or access to the Service, at Fish Bear's sole discretion, to the extent legally permissible;

**3.7**   You will not be involved in any fraudulent or other unlawful activity in relation to Your participation in any of the Games and You will not use any software-assisted methods or techniques (including but not limited to "bots" designed to play automatically) for Your participation in any of the Games. We reserve the right to invalidate any participation in the event of such behavior;

**3.8**   If, in the reasonable opinion of Fish Bear, we form the view that a player is abusing any promotion, to derive any advantage or gain for themselves or another player, including by way of fraudulent conduct, we may, at our sole discretion, withhold, deny or cancel any advantage, bonus or promotional prize as we see fit, or terminate or suspend the User Account of such player without prior notice.

**3.8.1**   You will not directly or indirectly  participate in groups or take advantage of, or encourage others to participate in or take advantage of schemes, organizations, agreements, or groups designed to share:  (a)  hacks or money-making strategies; (b) special offers or packages emailed to a specific set of players and redeemable by URL; or (c) identification documents (including, but not limited to, photographs, bills and lease documents) for the purpose of misleading Fish Bear as to a player's identity.

**3.9**   In relation to any purchase, You must only use a valid form of payment accepted by the Platform or its third party payment processing provider(s) ("Payment Administration Agent(s)") which lawfully belongs to You (the "Payment Mechanism").

# 4.Your User Account

**4.1**  You must create a User Account in order to access or use the Service.

**4.2**  Only one User Account is permitted per person. In the event You open or try to open more than one User Account, all User Accounts You have opened or try to open may then be terminated or suspended any prizes or Virtual Coins balances may be voided.

**4.3**  If You lose access to Your User Account, You must not register a new User Account. Rather, You must contact customer support via support@sorceryreels.com and support@luckywarriors.com to have Your User Account status updated.

**4.4**  You are required to keep Your personal details up to date. If You change Your address, email, phone number or any other contact details or personal information, please contact customer support. The name that You provide to us at registration must be match any identification You provide for Your User Account verification.

**4.5**  You confirm that You will not share Your User Account or password with any other person or let anyone else access or use Your User Account without our written permission. You will not access or use a User Account which has been rented, leased, sold, traded, or otherwise transferred from the User Account creator without our written permission.

**4.6**  If You become aware, or have reasons to suspect, that the security of Your User Account may have been compromised, including loss, theft or unauthorized disclosure of Your password and User Account details, You must notify us immediately.

**4.7**  You are responsible for maintaining the confidentiality of Your User Account and accept responsibility for all uses of the User Account, including any purchases (whether or not authorized by You).

Ex. A 0012

**4.8**   We reserve the right to close Your User Account if it is inactive for a period of twelve months or longer and therefore Dormant under Section 6.11. You agree that We are not required to give notice to You prior to taking such action, although we may choose to do so in our sole discretion.

**4.9**   If You wish to close Your User Account, You may do so at any time by contacting customer support. Closing Your User Account will forfeit all continued access to and right to use, enjoy or benefit from any Virtual Coins associated with Your User Account.

**4.10**   We reserve the right to refuse to open or the right to close a User Account at our sole discretion. If the reason behind the closure of your customer account is related to concerns about possible Responsible Social Gameplay issues you must indicate this in your request to close your customer account. Our take a break(time-out) and exclusion procedures are set out in detail in our [Responsible Social Gameplay.](#)

**4.11**   You may close Your User Account at any time by contacting customer support. Also, You will be able to open your customer account again by sending a request to the customer support. All requests for re-opening of an account will be evaluated by our customer support and compliance teams, who abide by strict customer protection guidelines.

**4.12**   User Account registrations may be limited to one User Account registration per person or per IP address at our sole discretion.

**4.13**   We reserve the right, at our sole discretion, to deactivate or suspend your User Account (notwithstanding any other provision contained in these Terms of Services) where we have reason to believe that you have played or are likely to play in tandem with other player(s) as part of a club, syndicate, group, etc., or played the Games in a coordinated manner with other player(s) involving the same (or materially the same) actions, decisions, or selections.

**4.14**   You will not, directly or indirectly:

Ex. A 0013

a. hack into any part of the Games or Site through password mining, phishing, or any other means;

b. attempt to modify, reverse engineer, or reverse-assemble any part of the Games or Site;

c. knowingly introduce viruses, Trojans, worms, logic bombs, spyware, malware, or other similar material;

d. circumvent the structure, presentation or navigational function of any Game so as to obtain information that Fish Bear has chosen not to make publicly available on the Site;

e. engage in any form of cheating or collusion;

f. use the Site and the systems of Fish Bear to facilitate any type of illegal money transfer (including money laundering proceeds of crime);

g. participate in or take advantage of, or encourage others to Participate in or take advantage of schemes, organisations, agreements, or groups designed to share:

i. special offers or packages emailed to a specific set of Players and redeemable by URL;

ii. identification documents (including, but not limited to, photographs, bills and lease documents) for the purpose of misleading Fish Bear as to a Player's identity.

You must not use the Site for any unlawful or fraudulent activity or prohibited transaction (including Fraudulent Conduct) under the laws of any jurisdiction that applies to you. We monitor all transactions in order to prevent money laundering.

**4.15**   If Fish Bear  suspects that you may be engaging in, or have engaged in fraudulent, unlawful or improper activity, including money laundering activities above or any conduct which violates these Terms and Conditions, your access to the Site will be suspended immediately and your customer

account may be closed. If your customer account is suspended or closed under such circumstances, Fish Bear is under no obligation to reverse any GOLD COINS purchases you have made or to redeem any SWEEP COINS or Prizes that may be in your customer account. In addition, Fish Bear may pass any necessary information on to the relevant authorities, other online service providers, banks, credit card companies, payment providers or other financial institutions. You will cooperate fully with any Fish Bear investigation into such activity.

## 5. Games and Contests

**5.1** In addition to these Terms, Games offered on the Service may have their own rules which are available on the Service. It is Your responsibility to read the rules of a Game before playing. You must familiarize Yourself with the applicable terms of play and read the relevant rules before playing any Game.

## 6.Purchases

**6.1** The name on Your Payment Mechanism must match the name on Your User Account. If it comes to our attention that the name You registered on Your User Account and the name linked to Your Payment Mechanism differ, Your User Account will be suspended, purchases may be voided, and any Virtual Coins balance may be adjusted accordingly. **You must promptly notify us if Your Payment Mechanism is cancelled, lost or stolen or if the security of Your Payment Mechanism has otherwise become compromised.**

**6.2** You acknowledge and agree that we may, from time to time and without notice, appoint one or more Payment Administration Agents to process or make payments from or to You on our behalf.

**6.3** If one or more of Your GOLD COINS purchases is subject to a chargeback request, Your User Account will be suspended. In the event of any chargeback on Your User Account, the amount of the chargeback will be a debt owed by You to Us, and You must immediately submit payment for such

purchases through an alternative Payment Mechanism. Until payment is received by us or our Payment Administration agent, any purchases and winnings will be deemed void and requests to redeem Sweeps Coins for Prizes will not be allowed.

**6.4** You agree that we and/or our Payment Administration Agents appointed by us from time to time may store Your Payment Mechanism details to process future purchases. By accepting these Terms, you authorize us and/or our Payment Administration Agents to store Your payment credentials in compliance with applicable payment processing regulations.

**6.5** A Payment Administration Agent will have the same rights, powers and privileges that we have under these Terms and will be entitled to exercise or enforce their rights, powers and privileges as our agent or in their own name. In no event will we be liable to You for any loss, damage or liability resulting from the Payment Administration Agent's negligence and/or acts beyond the authority given by us.

**6.6** All purchases will be in USD.

**6.7** Fish Bear and its affiliates offer multiple options for players to purchase GOLD COINS. Players are encouraged to review the available options to determine the most suitable method for their individual requirements. In addition to credit card payments, players who prefer electronic banking may utilize the ACH method to purchase GOLD COINS through Sorcery Reels. This process requires players to provide certain personal information and relevant banking details.

## 6.8 If your payments are made by ACH/electronic debit, you agree to the following:

**a.** Recurring payments will be made automatically on or after the completion of the initial period relating to your first payment. The authority you give Fish Bear Studio Limited and its affiliates to charge your account with an ACH debit will remain in effect until you notify us.

**b.**   If the amount of your payment changes, we will notify you at least 10 days before payment date using the e-mail address we have on file.

**c.**   Should your payment be returned for non-sufficient funds (NSF), we reserve the right to re-deposit the payment up to 2 times in accordance with banking rules and regulations.

Returned items such as NSF, bank account closed, invalid account number, etc. are subject up to a $25 handling fee, payable to Company which may :

**i.**   be electronically debited through the ACH network for collection

**ii.**   processed through the banking system as a paper draft or

**iii.**   passed on to a collection agency.

**6.9**   If You make a purchase, licensed GOLD COINS may be added to Your User Account instantaneously unless there is any delay due to situations outside our control, including without limitation a force majeure event, poor internet connectivity, internet failure or electricity outages.

**6.10**   When You make a purchase, You will receive two confirmations: (i) an on-screen confirmation that the transaction has taken place; and (ii) an email to the email address on Your User Account confirming that the transaction has taken place.

**6.11**   GOLD COINS will automatically expire in the event a User Account becomes Dormant. For the purpose of these Terms "Dormant" means there has not recorded any log in or log out for a period exceeding 12 consecutive months.

**6.12**   Purchases of GOLD COINS are final and are not refundable, transferable or exchangeable. You agree to notify us about any billing problems or discrepancies within 30 days from the date of your purchase. If you do not bring them to our attention within 30 days, you agree that you waive your right to dispute such problems or discrepancies. You are

responsible for and agree to reimburse us for all reversals, charge-backs, claims, fees, fines, penalties and any other liability incurred by us (including costs and related expenses) that were caused by or arising out of payments that you authorized or accepted or that were authorized or accepted using your customer account (even if not authorized by you).

**6.13**   You may participate in any Game only if you have sufficient GOLD COINS, SORCERAY COINS or SWEEPS COINS (as applicable) in your customer account for such participation. We will not extend you any credit whatsoever for the purchase of GOLD COINS or otherwise. From time to time, we may assign minimum or maximum GOLD COINS purchases as specified and offered on the Site.

**6.14**   Our Customer Support can be reached twenty-four hours a day, seven days a week via support@sorceryreels.com and support@luckywarriors.com. The expected response time is as soon as possible up but may take up to twelve (12) hours.

**6.15**   Notice for California Users Under Civil Code Section 1789.3

The Complaint Assistance Unit of the Division of Consumer Services of the California Department of Consumer Affairs may be contacted in writing at 1625 N. Market Blvd., Suite N – 112, Sacramento, CA 95834, or by telephone at 1(800) 952 – 5210.

# 7. Promotions

**7.1**   All promotions, contests, and special offers are subject to these Terms, the official rules of the promotion, contest, or special offer, and any additional terms that may be published at the time of the promotion, contest or special offer.

**7.2**   We reserve the right to withdraw or alter any such promotions without prior notice to You at our sole discretion.

**7.3**   SWEEPS COINS are given away for free and cannot be purchased. It's designed to be part of a Promotional Play. In accordance with the Sweeps

Rules:

**a.** unless we require otherwise in accordance with section 7.3 (b) , any SWEEPS COINS allocated to you is only required to be played once before it is eligible to be redeemed as a prize; and

**b.** we may, in our sole discretion, require that any SWEEPS COINS allocated to you be played a greater number of times (not exceeding 20) in any combination of Promotional Play Games before it is able to be redeemed as a prize.

**c.** SWEEP COINS are only valid for 90 days from the date you last logged on to your account and will thereafter automatically expire.

**7.4** We reserve the right at our sole discretion and without any requirement to provide a justification to exclude You from any promotions, contests or special offers that may be offered from time to time.

**7.5** We reserve the right to exclude You from any promotions, contests or special offers if we believe that You have tried to enter said promotions, contests of special offers by using more than one User Account or are otherwise engaging in any fraudulent or illegal activity (including participation that would be in breach of the law in Your local jurisdiction), whether or not You would have or might have won but for such activity. Where multiple entries/User Accounts have been used, we reserve the right to suspend those User Accounts and withhold any promotional benefits.

**7.6** You confirm that You grant us an irrevocable, perpetual, worldwide, non-exclusive, royalty-free License to use in whatever way we see fit, and without further acknowledgement of You as the author, any content You post or publish as part of a promotion, contest or competition.

# 8. REDEMPTION OF PRIZES

**8.1** Subject to these Terms of Services, when you choose to redeem Prizes for cash, the cash payment will be made to the Payment Mechanism from which you purchased GOLD COINS, or if this is not technically possible, then

Ex. A 0019

to an alternative financial account you nominate, provided that account is legally and beneficially owned by you. We reserve the right to require the use of the same Payment Mechanism for redemption of Prizes as was used to purchase GOLD COINS, or a specific Payment Mechanism at our own discretion.

**8.2**  We reserve the right to charge fees for processing the redemption of Prizes to you and to set a minimum redemption threshold of 100 SWEEPS COINS for Prize redemptions.

**8.3**  In California and New York, SORCERAY COINS can be obtained free of charge through in-game activities or platform rewards. These tokens are solely for use in playing designated Standard Play on the Platform. SORCERAY COINS HAVE NO CASH VALUE. They cannot be redeemed, withdrawn, or exchanged for money, prizes, or anything of monetary value under any circumstances.

**8.4**  We reserve the right, in our sole discretion, to limit the value of Prize redemptions for each Participant to:

**a.**  USD$10,000 per day.

**b.**  any other amount over any time that we consider necessary to satisfy our regulatory obligations or the requirements of our partners and suppliers.

**8.5**  When you choose to redeem Prizes for cash, it is your sole responsibility to ensure that your financial institution will accept payment from us into your bank account. Fish Bear  has no obligation to check whether your financial institution will accept payments from us to your nominated bank account. Subject to section 8.6, we will not make payments into an account or online wallet which does not match your verified name or the name you provided when registering your customer account or that is not legally and beneficially owned by you.

**8.6**  Prizes redeemed for cash:

Ex. A 0020

**a.**  will be paid into an account or a wallet provided that one of the names on the account or wallet matches the name you provided when registering your customer account or your verified name and all verification checks we require in relation to you and the other account holder are completed to our satisfaction. For the avoidance of doubt, if either the account holder does not satisfy our verification requirements, as determined solely at our discretion, we will not make payments into the nominated account;

**b.**  will not be paid into:

**i.**  a joint account or joint wallet where one of the joint owners is a minor; or

**ii.**  custodial accounts; or

**iii.**  any account held on trust for, or for the benefit of, a third party (including a minor).

**8.7**  Where you are required to provide the details of your financial institution, bank account or online wallet, you agree that you are solely responsible for the accuracy of those details. You further agree that, where you have chosen to redeem a Prize for cash and the details you have provided are not accurate, and we have processed the payment using the details you have provided, the redemption of that Prize is complete and we cannot and are not required to reverse or reissue the payment.

**8.8**  You acknowledge and agree that, if your financial institution will not accept payments from Fish Bear  or where your bank account or online wallet does not meet the requirements in these and Conditions:

**a.**  you will be required to nominate an alternative bank account for the payment;

**b.**  there will be delays in the processing of the payment to you; and

Ex. A 0021

**c.**    if you are unable to nominate an alternative bank account which meets the requirements set out in these Terms of Services within 60 days of a request from us to do so, Fish Bear is not obliged to make the relevant payments to you and may in its discretion deem the Prizes to be void.

**8.9**    We process requests to redeem Prizes in the order in which they are received. Our goal is to process your request as soon as practicable. However, we will only process one Prize redemption request per customer account in any 1 day period. Where you choose to redeem Prizes for cash you acknowledge and agree that it may take up to 10 business days to process the relevant payment into your nominated bank account.

**8.10**    There may be delays in payments due to our identity verification process and certain Payment Mechanisms will require additional verification at the time of redemption. Payments of over US$10,000 may require a longer processing time than usual due to bank clearance and security and fraud checks and may also be paid in more than one lump sum. This may add up to 7 days to the normal processing time but is dependent on the circumstances of each individual case.

**8.11**    Without limiting section 8.4, Players can request to redeem Prizes of any value, however we reserve the right to allocate or pay Prizes in smaller increments over a number of days until all of the Prize has been allocated or paid.

**8.12**    If you choose to redeem Prizes for cash but refuse to accept payments made to your nominated bank account by Fish Bear, you must refuse the amount in its entirety. Where you refuse to accept payment to your nominated bank account more than twice in any 3 months period, Fish Bear reserves the right to suspend your customer account to undertake investigations to ensure that the Site is not being used as a vehicle for fraudulent activity.

**8.13**    If we mistakenly credit your customer account from time to time with Prizes that do not belong to you, whether due to a technical error, human error or otherwise, the amount credited will remain Fish Bear

property and will be deducted from your customer account. If you have been transferred cash or gift cards that do not belong to you prior to us becoming aware of the error, the mistakenly paid amount will (without prejudice to other remedies and actions that may be available at law) constitute a debt owed by you to us. In the event you discover an incorrect crediting, you are obliged to notify Customer Support via support@sorceryreels.com and support@luckywarriors.com without delay.

# 9. Verification

**9.1**  You acknowledge that we, or a third party acting on our behalf, are entitled to conduct any verification checks (including but not limited to age and identity verifications and credit background checks) that we may reasonably require and/or that are required of us under applicable laws and regulations or by relevant regulatory authorities. You agree to comply with all verification checks in a timely manner.

**9.2**  You agree that we may restrict Your opening or use of a User Account pending any verification checks having been completed to our satisfaction.

**9.3**  The documents required may include, but are not limited to, photo identification, such as a government issued passport or driver's license; a utility bill that matches the address registered on Your User Account; and source of wealth or source of funds documentation such as a payslip or bank statement.

**9.4**  In the event that any verification check cannot be completed for any reason, including Your failure to provide any requested documentation, then We may require within 30 days' of the date the document was first requested, then we are under no obligation to continue with the verification check and we may in our sole discretion close or otherwise restrict your customer account in any manner that we may reasonably deem appropriate.

**9.5**  You acknowledge and agree that we may use third party service providers to run external identification, location verification and other verification checks based on the information provided by You from time to

Ex. A 0023

time. You must enable and allow "Locations Services" on Your device or PC in order to operate the Service or access Your User Account.

# 10. RESPONSIBLE SOCIAL GAMEPLAY

Fish Bear Studio Limited actively supports Responsible Social Gameplay and encourages its Players to make use of a variety of Responsible Social Gameplay features so as to better manage their account. You may, at any time, request a take a break (time-out) or self-exclusion from our Games. You may also set a limit on your purchases of GOLD COINS or the amount of SWEEPS COINS you play.

Fish Bear  is committed to providing excellent customer service. As part of that pledge, Fish Bear is committed to supporting Responsible Social Gameplay. Although Fish Bear  will use all reasonable endeavors to enforce its Responsible Social Gameplay policies, Fish Bear does not accept any responsibility or liability if you nevertheless continue Gameplay and/or seek to use the Site with the intention of deliberately avoiding the relevant measures in place and/or Fish Bear is unable to enforce its measures/policies for reasons outside of Fish Bear 's reasonable control.

We refer to you our [Responsible Social Gameplay](Responsible Social Gameplay) for full details.

# 11. Intellectual Property

**11.1**    These Terms confer only the right to use the Service and they do not convey any rights of ownership in or to the Service.

**11.2**    All rights, title and interest, including without limitation any copyright, patent, trade secret or other intellectual property right in the Service will remain our sole property or where licensed from a third party their sole property.

**11.3**    Your use of the Games will not convey any ownership rights in the intellectual property to You. The titles, source and object codes, game client and server software, the "look and feel" of the Games, sounds, musical compositions, audio-visual effects, concepts and methods of operation,

Ex. A 0024

layout, text, data, User Accounts, themes, objects, characters and character likenesses, character names and character profile information, stories, dialogue, catch phrases, locations, artwork, animations files, images, graphics, documentation, gaming history and recording of game play, transcripts of any chat rooms, and moral rights, whether registered or not, and all applications related to the above will remain vested in us or any third party supplier of the Games.

**11.4**    Notwithstanding anything to the contrary in these terms, You acknowledge and agree that You shall have no ownership or other property interest in the User Account, and You further acknowledge and agree that all rights in and to the User Account are and shall forever be owned by and inure to the benefit of us.

## 12. Responsibility for User Generated Content

**12.1**    You are responsible for complying with all laws applicable to Your User Content. You agree not to submit to the Service, or send to other users of the Service, any defamatory, inaccurate, abusive, obscene, profane, offensive, sexually oriented, threatening, harassing, racially offensive, illegal material or any material that infringes or violates another party's rights.

**12.2**    You will not provide inaccurate, misleading or false information to us or to any other user of the Service. If information provided to us, or another user of the Service, subsequently becomes inaccurate, misleading or false, You will notify us of such change immediately.

**12.3**    We may, in our sole discretion, delete any User Content without notice but are under no obligation to do so. We have no responsibility for the conduct of any user in the Service, including any User Content submitted in the Service. We assume no responsibility for monitoring the Service for inappropriate content or conduct. Your use of the Service is at Your own risk.

**12.4**    You hereby grant us the sole and exclusive, irrevocable, sub-licensable, transferable, worldwide, royalty-free license to reproduce, modify, create derivative works from, publish, distribute, sell, transfer, transmit,

Ex. A 0025

publicly display and use any User Content and to incorporate the same in other works in any form, media, or technology now known or later developed.

**12.5**    You further hereby grant to us the unconditional, right to use and exploit Your name, likeness and any other information or material included in any User Content and in connection with any User Content or Your User Account, without any obligation to You. You waive any rights of attribution and/or any moral rights You may have in Your User Content, regardless of whether Your User Content is altered or changed in any manner except as prohibited by law.

**12.6**    You acknowledge and agree that all User Content whether publicly posted or privately transmitted to the Service is at Your sole responsibility and risk. We disclaim any responsibility for the backup and/or retention of any User Content transmitted to the Service.

**12.7**    Prohibited Content; User Content that is prohibited in the Service includes, but is not limited to:

•User Content that promotes racism, bigotry, hatred or physical harm of any kind against any group or individual;

•Harassing User Content;

•User Content of a sexual or offensive nature;

•User Content that promotes terrorism or religious hatred;

•User Content that promotes illegal activities or conduct that is abusive, threatening, obscene or defamatory;

•User Content of commercial nature without authorization from us; or

•User Content promoting the services of another business or competitor.

**12.8**    If You see any material in the Service that in Your belief is offensive, hateful, harassing or that You otherwise think is prohibited, please notify us

Ex. A 0026

by contacting support@sorceryreels.com and support@luckywarriors.com .

## 13. Third Party Websites & Content

**13.1**    The Service may contain links to content owned and/or operated by third parties, for instance third-party advertisers or payment providers. Any separate charges or obligations that You may incur in Your dealings with these third parties are Your sole responsibility. We are not responsible for any such third-party services or content and do not have control over any materials made available therein.

**13.2**    Our inclusion of a link to a third-party website, services or content in the Service does not imply our endorsement, advertising, or promotion of such websites, services or content or any materials available and we make no guarantee as to the content, functionality, or accuracy of any third-party website.

**13.3**    By accessing a third-party website, services or content, You accept that we do not exercise any control over such websites, services or content and have no responsibility for them. The third-party sites may collect data or solicit personal information from You. We are not responsible for privacy policies, or for the collection, use or disclosure of any information those sites may collect. It is always best to read and understand the terms of services and privacy policies applicable to any third-party website, services or content You may access.

**13.4**    We do not endorse, do not assume and will not have any liability or responsibility to You or any other person for any third-party products, services, materials or websites. Please note that the relevant third party is fully responsible for all goods and services it provides to You and for any and all damages, claims, liabilities and costs it may cause You to suffer, directly or indirectly, in full or in part.

**13.5**    If You use third party social networking websites to discuss the Service such as Facebook® , Google®, X®. You acknowledge and agree that:

- any content that You post on such social networking sites are subject to the relevant terms and conditions of that website;
- You will not post any comments that are false, misleading or deceptive or defamatory to us, our employees, agents, officers or other players; and
- we are not responsible or liable for any comments or content that You or others post on social networking sites.

## 14. Disruptions, Errors & Omissions

**14.1**    Disclaimer of Warranties. THE SERVICES, IN WHOLE AND IN PART (INCLUDING, WITHOUT LIMITATION, ALL CONTENT, AND USER MATERIALS), ARE PROVIDED, TRANSMITTED, DISTRIBUTED, AND MADE AVAILABLE "AS IS" AND "AS AVAILABLE" WITHOUT EXPRESS OR IMPLIED WARRANTIES OF ANY KIND, INCLUDING, WITHOUT LIMITATION, WARRANTIES OF TITLE, IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE OR NON-INFRINGEMENT. WITHOUT LIMITING THE GENERALITY OF THE FOREGOING, WE MAKE NO WARRANTY: (A) THAT THE SERVICES WILL BE UNINTERRUPTED OR ERROR FREE; (B) THAT DEFECTS OR ERRORS IN THE SERVICES WILL BE CORRECTED; (C) THAT THE SERVICES WILL BE FREE FROM VIRUSES OR OTHER HARMFUL COMPONENTS; (D) AS TO THE QUALITY, ACCURACY, COMPLETENESS AND VALIDITY OF ANY INFORMATION OR MATERIALS IN CONNECTION WITH THE SERVICES; (E) THAT YOUR USE OF THE SERVICES WILL MEET YOUR REQUIREMENTS; OR (F) THAT TRANSMISSIONS OR DATA WILL BE SECURE.

**14.2**    Exceptions. SOME JURISDICTIONS DO NOT ALLOW THE DISCLAIMER, EXCLUSION OR LIMITATION OF CERTAIN WARRANTIES, LIABILITIES AND DAMAGES, SO SOME OF THE ABOVE DISCLAIMERS, EXCLUSIONS AND LIMITATIONS MAY NOT APPLY TO YOU. IN SUCH JURISDICTIONS, OUR WARRANTIES AND LIABILITY WILL BE LIMITED TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW.

**14.3**    We are not liable for any downtime, server disruptions, errors, lagging, or any technical or political disturbance to the Service or Games, nor

Ex. A 0028

attempts by You to participate by methods, means or ways not intended by us.

**14.4**    We accept no liability for any damages or losses which are deemed or alleged to have arisen out of or in connection with any Service including, without limitation, delays or interruptions in operation or transmission, loss or corruption of data, communication or lines failure, any person's misuse of a Service or any errors or omissions in the Service.

**14.5**    In the event of a Service system malfunction, then all Game play on the Service will be void.

**14.6**    In the event of an error or malfunction in a Game, then all Game play resulting from the error or malfunction will be voided.

**14.7**    We reserve the right to remove any part of the Games from the Service at any time. Any part of the Games that indicate incorrect behavior affecting, game data, or Virtual Coins balances, that may be due to error, misconfiguration or a bug, will be cancelled and removed from the Service. We reserve the right to alter player balances and User Account details under such circumstances, at our sole discretion, in order to correct any mistake.

**14.8**    We may temporarily suspend the whole or any part of the Service for any reason at our sole discretion. We may, but will not be obliged to, give You as much notice as is reasonably practicable of such suspension. We will restore the Service, as soon as is reasonably practicable, after such temporary suspension.

**14.9**    We reserve the right to declare participation in a Game void, partially or in full, if, in our sole discretion, we deem it obvious that there was an error, mistake, misprint or technical error on the play-table, win-table, minimum or maximum stakes, odds or software.

**14.10**    If You are incorrectly awarded any Virtual Coins or prizes as a result of (a) any human error; (b) any bug, defect or error in the Service; or (c) the failure of any Games to operate in accordance with the rules of the relevant

game, then We will not be liable to award You any such Virtual Coins or prizes, and You agree that any such Virtual Coins or prizes that have been awarded in error to Your User Account will be voided.

**14.11**    We retain absolute discretion in the event of a discrepancy between the result showing on a user's device and the server software. Such discretion includes the authority to recognize the result showing on the server software as the official and governing result.

## 15. Limitation of Liability and Indemnification

**15.1**    <u>Limitation of Liability.</u> BY ACCESSING, USING OR DOWNLOADING THE SERVICE, YOU ACKNOWLEDGE AND AGREE THAT SUCH USE IS AT YOUR OWN RISK AND THAT NEITHER THE COMPANY NOR ANY OF THE PARTIES INVOLVED IN CREATING, PRODUCING, OR DELIVERING THE SERVICES OR THE COMPANY OR ANY OF THEIR AFFILIATES, SUBSIDIARIES, AGENTS, EMPLOYEES, OFFICERS, DIRECTORS, CONSULTANTS, SUPPLIERS, ADVERTISERS, PAYMENT SERVICES PROMOTERS, PARTNERS, OR CONTRACTORS (COLLECTIVELY "RELEASED PARTIES") ARE LIABLE FOR ANY DIRECT, INCIDENTAL, CONSEQUENTIAL, INDIRECT, SPECIAL, OR PUNITIVE DAMAGES, OR ANY OTHER LOSSES, COSTS, OR EXPENSES OF ANY KIND (INCLUDING, WITHOUT LIMITATION, LOST PROFITS, LOSS OF DATA, LEGAL FEES, EXPERT FEES, COST OF PROCURING SUBSTITUTE SERVICES, LOST OPPORTUNITY, OR OTHER DISBURSEMENTS) WHICH MAY ARISE, DIRECTLY OR INDIRECTLY, THROUGH THE ACCESS TO, USE OF, RELIANCE ON ANY MATERIAL OR CONTENT ON THE SERVICES, OR BROWSING OF THE SERVICES OR THROUGH YOUR DOWNLOADING OF ANY MATERIALS, DATA, TEXT, IMAGES, VIDEO OR AUDIO FROM THE SERVICES, SPECIFICALLY INCLUDING ANY PAST, PRESENT OR FUTURE USE OF "COOKIES," "GET REQUESTS," PIXELS AND OTHER TRACKING TECHNOLOGY, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES.

TO THE MAXIMUM EXTENT PERMITTED BY LAW, IN NO EVENT WILL THE TOTAL LIABILITY OF THE RELEASED PARTIES TO YOU IN CONTRACT, TORT, NEGLIGENCE OR OTHERWISE, FOR ANY LOSS OR DAMAGE WHATSOEVER ARISING FROM ANY CAUSE, WHETHER DIRECT OR INDIRECT, OR FOR ANY

AMOUNTS EXCEED THE TOTAL AMOUNT YOU HAVE PAID THE COMPANY IN THE YEAR IMMEDIATELY PRECEDING THE DATE ON WHICH YOU FIRST ASSERT ANY SUCH CLAIM.

RELEASED PARTIES CANNOT AND DO NOT WARRANT OR GUARANTEE CONTINUOUS, UNINTERRUPTED, OR SECURE ACCESS TO THE SERVICES. WITHOUT LIMITING THE FOREGOING, RELEASED PARTIES ASSUME NO RESPONSIBILITY, AND WILL NOT BE LIABLE, FOR ANY DAMAGES RELATING TO OR CAUSED BY ANY VIRUSES, BUGS, HUMAN ACTION OR INACTION OF ANY COMPUTER SYSTEM, PHONE LINE, HARDWARE, SOFTWARE OR PROGRAM MALFUNCTIONS, OR ANY OTHER ERRORS, FAILURES OR DELAYS IN COMPUTER TRANSMISSIONS OR NETWORK CONNECTIONS ON ACCOUNT OF YOUR ACCESS TO OR USE OF THE SERVICES.

**15.2**    Indemnification. BY USING THE SERVICES, YOU AGREE TO INDEMNIFY, DEFEND AND HOLD HARMLESS (INCLUDING REASONABLE ATTORNEY'S FEES AND COSTS OF SUIT) THE RELEASED PARTIES FROM ANY AND ALL THIRD PARTY CLAIMS AGAINST THE COMPANY RELATED IN ANY WAY TO YOUR USER ACCOUNT, YOUR USE OF THE SERVICES OR YOUR ACCESS TO THE SITE.

**15.3**    30 Days Limitations Period. You and Fish Bear  agree that any claims, regardless of form, arising out of or related to the Site (including Services) or these Terms of Services or Privacy Policy must BE FILED within THIRTY (30) DAYS of the action, omission, event or occurrence giving rise to the claim or suit, after which such claims will be time-barred and prohibited, without regard to any longer period of time which may be provided by any period of limitation or repose by law or statute.

**15.4**    SOLE AND EXCLUSIVE REMEDY/Limitation on Recovery. unless otherwise prohibited by law, In any dispute with Us, YOUR SOLE AND EXCLUSIVE REMEDY under any LEGAL theory SHALL BE TO RECOVER THE amount of your own purchases during theTHIRTY (30) DAYS  period prior to the filing of your claim.  In NO EVENT MAY YOU RECOVER UNDER ANY THEORY ANY AMOUNT MORE THAN THE amount of your own purchases during the THIRTY (30) DAYS  period prior to the filing of your claim.  IN

Ex. A 0031

ADDITION, EXCEPT to the extent PROHIBITED BY LAW OR OTHERWISE ALLOWED BY THESE TERMS, YOU MAY NOT SEEK INJUNCTIVE RELIEF ON YOUR OWN BEHALF, on behalf of any class of persons or FOR THE BENEFIT OF THE GENERAL PUBLIC.

**15.5**    YOU RECOGNIZE AND AGREE THAT THE WARRANTY DISCLAIMERS IN SECTION 14, AND THE INDEMNITIES, LIMITATIONS OF LIABILITY AND LIMITATIONS OF REMEDIES IN THIS SECTION 15, ARE MATERIAL AND BARGAINED-FOR BASES OF THESE TERMS AND THAT THEY HAVE BEEN TAKEN INTO ACCOUNT AND REFLECTED IN THE DECISION BY YOU AND Fish Bear TO ENTER INTO THESE Terms of Services.

**15.6**    NOTHING IN THESE Terms of Services WILL OPERATE SO AS TO EXCLUDE ANY LIABILITY OF Fish Bear FOR DEATH OR PERSONAL PHYSICAL INJURY THAT IS DIRECTLY AND PROXIMATELY CAUSED BY Fish Bear'S NEGLIGENCE OR WILLFUL MISCONDUCT.

**15.7**    TO THE EXTENT ANY OF THE LIMITATIONS OF REMEDY, INCLUDING WAIVER OF THE RIGHT TO PRIVATE OR PUBLIC INJUNCTIVE RELIEF, ARE NOT PERMITTED BY LAW OF ANY APPLICABLE JURISDICTION, SUCH LIMITATIONS SHALL NOT APPLY AND SHALL BE DEEMED AS SEVERABLE AND STRICKEN FROM THESE TERMS.  THE PARTIES AGREE FURTHER THAT SUCH PROVISION(S) SHALL NOT AFFECT THE ENFORCEABILITY OF THE TERMS OR THE ARBITRATION AGREEMENT (SECTION 17), WHICH THE PARTIES AGREE SHALL REMAIN IN PLACE AND IN FORCE LESS ANY SUCH STRICKEN PROVISIONS.

# 16. CUSTOMER SERVICE AND INITIAL DISPUTE RESOLUTION PROCEDURE

**Customer Support**

**16.1**    If You need customer service in relation to the Service, You may contact us by email at support@sorceryreels.com and support@luckywarriors.com.

**16.2**    To protect Your privacy, all communications between You and us should be carried out using or referencing the email address that You used to register Your User Account for the Service. Failure to do so may result in our response being delayed.

## Initial Dispute Resolution Procedure and Conference

**16.3**    The parties shall use best efforts to resolve informally any customer service issue promptly and in good faith.  If for some reason You are not satisfied or your claim is not resolved (a "Dispute"), You may then pursue arbitration as set out below in Section 17.  However, You must first submit a Notice of Dispute as set forth in this Section 16 and engage in a conference either by telephonic or videoconference means with Fish Bear prior to and as a condition precedent to initiating arbitration or any formal proceeding over a Dispute as required by Section 17.

**16.4**    Notice of Dispute Required Prior to Arbitration.  The party initiating a claim over a Dispute must give notice to the other party in writing of its intent to initiate an informal dispute resolution conference.  The initial conference shall occur within forty-five (45) days after the other party receives such notice or within a time period required by law, unless an extension is mutually agreed upon by the parties.

**16.5**    All initial dispute resolution conferences shall be conducted individually, between Fish Bear and You.  Multiple individuals with Disputes cannot participate in the same informal telephonic dispute resolution conference. If a party is represented by counsel (which such representation will be at such parties' sole cost and expense), counsel may participate in the conference, but each party shall also attend and participate in the conference.

**16.6**    To notify Fish Bear that You intend to initiate an informal dispute resolution conference, please inform us by contacting support@sorceryreels.com and support@luckywarriors.com and include the following information:

a.Your username and/or email address associated with Your User Account;

b.Your first and last name, as registered on your User Account;

c.Your residence address;

d.Your telephone number (home and/or mobile);

e.a detailed explanation of the complaint/claim and basis for the claim;

f.any specific dates and times associated with the complaint/claim (if applicable); and

g.the remedy,action or any amount You are seeking from Fish Bear

**16.7**    Upon receipt of Your Complaint, we will reply to Your communication within 7 working days, and We will respond in writing or coordinate and schedule a telephonic or videoconference within forty-five (45) days after receipt of such notice, unless an extension is mutually agreed upon by the parties.  Failure to submit a written communication with the information outlined above may result in a delay in our ability to identify and respond to Your complaint/claim in a timely manner, and may, in Fish Bear's discretion, extend the time period for resolution before a formal proceeding may be commenced, as permitted by these Terms.

**16.8**    The parties shall use their best efforts to settle any Dispute, claim, question, or disagreement and engage in good faith negotiations which shall be a pre-condition to either party initiating a formal arbitration as provided in Section 15. If the parties do not reach an agreed upon solution within a period of forty-five (45) days from the time of the informal dispute resolution conference, then either party may initiate binding arbitration, to the extent permitted by law, as the sole means to resolve claims, subject to these Terms and the Arbitration Agreement.

**16.9**    The aforementioned informal dispute resolution process is a condition precedent to commencing any formal dispute resolution proceeding, including litigation if you have successfully opted-out of the arbitration agreement. The parties agree that any relevant limitations period

or other deadlines will be tolled solely by the amount of time the parties initiate and engage in this informal dispute resolution process.

**16.10**    Regardless of whether you decide to opt out of arbitration, the terms set forth in this Section 16 Initial Dispute Resolution shall remain in full force and effect as part of these Terms.

## 17. PLEASE READ THIS ARBITRATION & CLASS ACTION WAIVER

AGREEMENT (THE "AGREEMENT") CAREFULLY BECAUSE IT MAY REQUIRE YOU AND Fish Bear TO ARBITRATE CERTAIN DISPUTES AND CLAIMS ON AN INDIVIDUAL BASIS ONLY AND LIMITS THE MANNER IN WHICH YOU AND Fish Bear CAN SEEK RELIEF FROM EACH OTHER. THIS AGREEMENT APPLIES TO ANY CLAIMS YOU MAY CURRENTLY POSSESS AND ANY CLAIMS YOU MAY RAISE IN THE FUTURE. WHILE YOU MUST AGREE TO THESE Terms of Services IN ORDER TO USE THE SERVICES, IF YOU HAVE NOT PREVIOUSLY AGREED TO AN ARBITRATION PROVISION IN CONNECTION WITH YOUR USE OF OUR SERVICE, THERE IS AN OPTION, DESCRIBED BELOW IN SECTION 17.12, TO OPT OUT OF THE ARBITRATION AND CLASS WAIVER PROVISIONS. THE OPTION TO OPT-OUT IS TIME-LIMITED TO THIRTY (30) DAYS OF ENTERING THIS AGREEMENT AND REQUIRES YOUR IMMEDIATE ATTENTION.

This Section 17 (Binding Arbitration Agreement and Class Action Waiver Agreement) shall be construed under and be subject to the Federal Arbitration Act, notwithstanding any other choice of law set out in these Terms of Service.

THIS AGREEMENT INCLUDES AN ARBITRATION PROVISION WHICH SETS FORTH HOW PAST, PENDING OR FUTURE DISPUTES BETWEEN YOU AND Fish Bear SHALL BE RESOLVED BY FINAL AND BINDING ARBITRATION ON AN INDIVIDUAL BASIS ONLY AND FOR YOUR OWN LOSSES ONLY.

UNDER THIS AGREEMENT,SUBJECT TO APPLICABLE LAW, YOU MAY NOT PROCEED AS A CLASS REPRESENTATIVE, AS A MEMBER OR PART OF ANY PROPOSED CLASS, COLLECTIVE ACTION OR MASS ARBITRATION, AS A

PRIVATE ATTORNEY GENERAL, QUI TAM ACTION OR UNDER ANY REPRESENTATIVE PROCEEDING, AND YOU MAY NOT OTHERWISE SEEK TO RECOVER ON BEHALF OF OTHERS OR FOR THE USE OR BENEFIT OF OTHERS IN ANY TYPE OF CLAIM OR ACTION. You and Fish Bear further agree that any arbitration pursuant to this AGREEMENT shall not proceed as a class, group or representative action.

ARBITRATION MEANS YOU WILL NOT BE ABLE TO SEEK DAMAGES IN COURT OR PRESENT YOUR CASE TO A JURY.

**17.1**    Acceptance of Terms.  By using, or otherwise accessing the Service, or clicking to accept or agree to the Terms where that option is made available, you confirm that you have read and accept and agree to this Agreement. Except to the extent that you may opt-out as provided below, all of your activity on the Website or Platform with Fish Bear, including all events which occurred before your acceptance of this Agreement, shall be subject to this Agreement.

**17.2**    Scope of Agreement to Arbitrate.  You and Fish Bear agree that any past, pending, or future dispute, claim or controversy arising out of or relating to any purchase or transaction by you, your access to or use of any Platform or the Service, or to this Agreement, the Terms of Services, or Privacy Policy (including without limitation any dispute concerning the breach, enforcement, construction, validity, interpretation, enforceability, or arbitrability of this Agreement or the Terms of Services) (a "Dispute"), shall be determined by arbitration, including claims that arose before acceptance of any version of this Agreement. In addition, in the event of any Dispute concerning or relating to this Agreement — including the scope, validity, enforceability, or severability of this Agreement or its provisions, as well as the arbitrability of any claims—you and Fish Bearagree and delegate to the Arbitrator the exclusive jurisdiction to rule on their own jurisdiction over the Dispute, including any objections with respect to the scope, validity, enforceability, or severability of this Agreement or its provisions, as well as the arbitrability of any claims or counterclaims presented as part of the Dispute.

Ex. A 0036

**17.3**   Notwithstanding the above provision and Agreement to Arbitrate, all parties retain the right to seek relief in a small claims court for disputes or claims solely within the scope of a small claim's court jurisdiction.

**17.4**   Lack of Estoppel or Preclusive Effect. The parties agree that any issues determined in arbitration or any other proceeding between the parties shall be conducted and decided for the benefit of the parties or express third party beneficiaries only and shall have no preclusive or estoppel effect against a party in any subsequent or other arbitration or litigation matter, such that all issues shall be decided anew in any subsequent or other proceedings involving either party.  The parties reach this agreement in order to narrowly and efficiently tailor their legal positions without concern that any third party may attempt to offensively use any finding or determination of fact or law against You or Fish Bear.

**17.5**   Third-Party Beneficiaries.  You further agree and intend that this Agreement and the Terms are entered into for the express benefit of your spouse, heirs, children and next-of-kin and shall bind same to the extent of any claims arising from your use of the Service which is brought by them or by any person for the use or benefit of your spouse, heirs, children and next-of-kin.  Fish Bear agrees also that this Agreement is intended to benefit and shall bind any successor-in-interest or assignee of Fish Bear.

**17.6**   Intellectual Property.  Notwithstanding the requirement to arbitrate in this Section 17, you and Fish Bear are NOT required to arbitrate any claims for the alleged unlawful use of copyrights, trademarks, trade names, trade dress, logos, trade secrets, or patents, and the parties agree that in the event of infringement of copyrights, trademarks, trade names, trade dress, logos, trade secrets, or patents of a party, they shall also be entitled to seek injunctive relief from a court of competent jurisdiction, and the parties shall not be able to hold out a user's access to the Service as a basis to enforce this arbitration agreement as to such claims.

**17.7**   Separate Agreement.  The parties acknowledge that this Agreement is a separate agreement between the parties governed by the Federal Arbitration Act, and that any alleged or determined invalidity or illegality of

all or any part of the Terms of Services, the Service, the Platform, or the Privacy Policy shall have no effect upon the validity and enforceability of this Agreement.

**17.8**    Applicable Law.  While the Federal Arbitration Act shall control, to the extent the law of any state is applied or considered with respect to issues bearing upon the enforceability or scope of this Agreement, the parties agree that the law of the State of Delaware shall exclusively apply, notwithstanding any consideration or application of choice of law or conflicts of law principles.

## INITIATING ARBITRATION UNDER JAMS RULES

**17.9**    Following the conclusion of the initial dispute resolution process required by Section 16, you or Fish Bear may seek arbitration of a Dispute in accordance with the provisions of this Agreement. You and Fish Bear agree that JAMS ("JAMS") will administer the arbitration under its Comprehensive Arbitration Rules and Procedures ("JAMS Rules") in effect at the time arbitration is sought ("JAMS Rules").  The parties further agree that, to the extent applicable, the JAMS Mass Arbitration Procedures and Guidelines shall apply.    The   JAMS   Rules   referenced   above   are   available   at https://www.jamsadr.com/adr-rules-procedures/.

You and Fish Bear further agree:

**17.9.1**    Arbitration will proceed on an individual claim basis only.

**17.9.2**    The arbitration will be handled by a sole arbitrator.  The parties agree that the JAMS arbitrator must have the following minimum qualification: practicing attorneys or retired federal court judges who have at least ten years of substantive expertise in litigating and resolving of complex business disputes, including motions to compel arbitration and litigation or adjudication regarding whether disputes are arbitrable;

**17.9.3**    Tor purpose of Sections 16.1 and 16.2 of the JAMS Rules, the JAMS Streamlined   Arbitration   Rules   and   Procedures   and   JAMS   Expedited

Procedures shall not apply to unless otherwise explicitly agreed to by all parties to the Dispute;

**17.9.4**    In lieu of JAMS Rule 15, the parties shall be presented with a list of eight (8) potential arbitrators, be allowed three (3) strikes and the parties shall rank those potential arbitrators in order of preference. JAMS shall select the arbitrator with the highest combined preference (e.g., if both parties select a potential arbitrator as their top preference, that arbitrator will be selected);

**17.9.5**    In lieu of JAMS Rule 18, the parties shall have the right to submit a dispositive motion at the outset of the arbitration to the Arbitrator.  The submission and scheduling of such motions shall be addressed at a conference held before the JAMS arbitrator, and the Parties agree that any dispositive motions shall be resolved and the remainder of the arbitral proceeding stayed pending resolution, absent good cause and immediate necessity to proceed.

**17.9.6**    Unless and only to the extent prohibited under JAMS Rules, the arbitration will be held in Dover, Delaware or, at either your or our election, will be conducted telephonically or via other remote electronic means;

**17.9.7**    The JAMS Rules will govern payment of all arbitration fees, currently available at https://www.jamsadr.com/arbitration-fees, You will only be required to pay arbitration fees of $250 in connection with any arbitration initiated under this Section 17, but You will still be responsible for paying your own attorneys' fees;

**17.9.8**    Except as otherwise waived or limited under the Terms or this Agreement, the JAMS arbitrator shall be authorized to award any remedies, including equitable or injunctive relief, that would be available in an individual lawsuit except:

**17.9.8.1**    In any arbitration arising out of or related to this Agreement, the arbitrator(s) are not empowered to award punitive or exemplary damages, and the parties waive any right to recover any such damages; and

**17.9.8.2**    In any arbitration arising out of or related to this Agreement, the arbitrator(s) may not award any incidental, indirect or consequential damages, including damages for lost profits;

**17.9.9**    The arbitration decision and award shall consist of a written statement signed by the Arbitrator regarding the disposition of each claim and the relief, if any, as to each claim.  Unless the parties agree otherwise, the award shall be a reasoned award and contain a concise written statement of the reasons for the award;

**17.9.10**    Except as and to the extent otherwise may be required by law, the arbitration proceeding, pleadings, and any award shall be treated as confidential and shall not be used by the parties except as may be necessary in connection with a court application for a preliminary remedy, a judicial challenge to an award or its confirmation and enforcement.

**17.9.11**    In the event JAMS is unavailable or unwilling to hear the dispute in accordance with this Agreement, the parties shall agree to, or a court shall select, another arbitration provider subject to the procedural agreements of this Section 17; and

**17.9.12**    You and Fish Bear  agree that any award issued by the Arbitrator in excess of $50,000 in favor of either party, or any award which grants any form of declaratory or equitable relief that would significantly impact other Fish Bear  users or the operation of the Platform, may be appealed in accordance with the JAMS Optional Arbitration Appeal Procedures at either party's election.   The JAMS Optional Arbitration Appeal Procedures are available at https://www.jamsadr.com/adr-rules-procedures/.

**17.10**    Batch Arbitration. To increase efficiency of resolution, in the event 20 or more similar arbitration demands against Fish Bear, presented by or with the assistance of the same law firm or organization or group of law firms or organizations working in coordination, are submitted to JAMS in accordance with the rules  described above within a 60-day period, JAMS shall consolidate those arbitrations as contemplated in the JAMS Rules by (a) grouping the arbitration demands into batches of no more than 25 demands

Ex. A 0040

per batch (plus, to the extent there are fewer than 25 arbitration demands left over after the batching described above, a final batch consisting of the remaining demands); and (b) providing for resolution of each batch as a single arbitration with one set of filing and administrative fees and one arbitrator assigned per batch.  For avoidance of doubt, consolidation does not require that all arbitrations in a single batch be decided the same, nor does it impair your right to present any evidence or argument that you think particular to your case, so long as consistent with JAMS Rules.  You agree to cooperate in good faith with Fish Bear and JAMS to implement such a batch approach to resolution and fees.

**17.11**    By signing a demand for arbitration, a party certifies, to the best of their knowledge, information, and belief, formed after an inquiry reasonable under the circumstances, that: (i) the demand for arbitration is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of dispute resolution; (ii) the claims and other legal contentions are warranted by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law or for establishing new law; and (iii) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery. The Arbitrator shall be authorized to afford any relief or impose any sanctions available under Federal Rule of Civil Procedure 11 or any applicable state law for either party's violation of this requirement.

## OPTION AND PROCEDURE TO OPT OUT OF ARBITRATION

**17.12**    IF YOU HAVE NOT PREVIOUSLY AGREED TO AN ARBITRATION PROVISION IN CONNECTION WITH YOUR USE OF OUR SERVICE, YOU MAY OPT OUT OF THE AGREEMENT TO ARBITRATE BY FOLLOWING THE INSTRUCTIONS BELOW. IF YOU DO NOT OPT-OUT, SUBJECT TO APPLICABLE LAW, THE ARBITRATION PROVISIONS WILL APPLY RETROACTIVELY TO ALL CLAIMS YOU MAY POSSESS, WHETHER ASSERTED TO DATE OR NOT.

**17.13**    OPT-OUT.  IF YOU DO NOT WISH TO AGREE TO THE PROVISIONS OF THIS SECTION 17 AGREEMENT REQUIRING ARBITRATION AND CLASS

ACTION WAIVER AND YOU HAVE NOT PREVIOUSLY AGREED TO AN ARBITRATION PROVISION IN CONNECTION WITH YOUR USE OF OUR SERVICE, YOU MUST, WITHIN THIRTY (30) DAYS OF ENTERING THIS AGREEMENT, SEND AN EMAIL TO support@sorceryreels.com and support@luckywarriors.com WITH THE SUBJECT "OPT-OUT". **REQUESTS TO OPT OUT AFTER THE 30 DAY PERIOD SHALL NOT BE EFFECTIVE.**

**17.14** Whether to agree to arbitration is an important decision. It is your decision to make and you are not required to rely solely on the information provided in these Terms and Conditions You should take reasonable steps to conduct further research and to consult with counsel (at your expense) regarding the consequences of your decision.

## WAIVER OF CLASS RELIEF AND COLLECTIVE ACTION

**17.15** TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER YOU NOR Fish Bear SHALL BE ENTITLED TO BRING, CONSOLIDATE, JOIN OR COORDINATE DISPUTES BY OR AGAINST OTHER INDIVIDUALS OR ENTITIES, OR PARTICIPATE IN ANY COLLECTIVE ARBITRATION OR ARBITRATE OR LITIGATE ANY DISPUTE IN A REPRESENTATIVE CAPACITY. YOU MAY ONLY ARBITRATE OR LITIGATE ON AN INDIVIDUAL BASIS ONLY AND FOR YOUR OWN LOSSES ONLY. UNDER THIS AGREEMENT, YOU MAY NOT PROCEED IN ARBITRATION OR COURT AS A CLASS REPRESENTATIVE, MEMBER OR PART OF ANY PROPOSED CLASS, COLLECTIVE ACTION OR MASS ARBITRATION, PRIVATE ATTORNEY GENERAL SUIT, QUI TAM ACTION OR ANY REPRESENTATIVE PROCEEDING, OR OTHERWISE SEEK TO RECOVER ON BEHALF OF OTHERS OR FOR THE BENEFIT OR USE OF OTHERS IN ANY TYPE OF CLAIM OR ACTION. YOU AND Fish Bear ARE EACH WAIVING RESPECTIVE RIGHTS TO PARTICIPATE IN A CLASS ACTION. BY ACCEPTING THIS AGREEMENT, SUBJECT TO APPLICABLE LAW, YOU GIVE UP YOUR RIGHT TO PARTICIPATE IN ANY PAST, PENDING OR FUTURE CLASS ACTION OR ANY OTHER CONSOLIDATED OR REPRESENTATIVE PROCEEDING, INCLUDING ANY PROCEEDING EXISTING AS OF THE DATE YOU AGREED TO THIS AGREEMENT.

Ex. A 0042

**17.16** <u>Severability.</u> This Agreement applies solely to the extent permitted by law. If for any reason any provision of this Agreement or portion thereof, is found to be unlawful, void, or unenforceable, that part of this Agreement will be deemed severable and shall not affect the validity and enforceability of the remainder of this Agreement which shall continue in full force and effect. To the fullest extent allowable by law and equity, the parties agree that any such provision may be blue-penciled or otherwise construed by the forum presiding over any dispute to give effect to the intent of the parties and consistent with the overall purpose and intent of the agreement, and may be deemed replaced by an enforceable provision that comes closest to the intention underlying the unenforceable provision.

**END OF SECTION 17 ARBITRATION AGREEMENT**

# 18. Waiver of Jury Trial

**18.1** EACH PARTY HEREBY WAIVES, TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, ANY RIGHT IT MAY HAVE TO A TRIAL BY JURY IN ANY LEGAL PROCEEDING DIRECTLY OR INDIRECTLY ARISING OUT OF OR RELATING TO THE PLATFORM OR SERVICES OR ANY TRANSACTIONS BETWEEN THE PARTIES, WHETHER BASED ON CONTRACT, TORT OR ANY OTHER THEORY

# 19. Miscellaneous

**19.1** <u>Entire Agreement.</u> These Terms constitute the entire agreement between You and us with respect to Your use of the Service and supersede all prior or contemporaneous communications and proposals, whether electronic, oral or written, between You and us with respect to Your participation.

**19.2** <u>Tax and Interest.</u> Fish Bear LIMITED IS NOT A FINANCIAL INSTITUTION. You will not receive any interest on outstanding Prizes and you will not treat Fish Bear as a financial institution. You are solely responsible for any taxes which apply to Your use of the Service.

**19.3**   Force Majeure. We will not be liable or responsible for any failure to perform, or delay in performance of, any of our obligations under these Terms that is caused by events outside of our reasonable control, including but not limited to an act of God, hurricane, war, fire, riot, earthquake, weather, pandemic or endemic, terrorism, act of public enemies, strikes, labor shortage, actions of governmental authorities or other force majeure event.

**19.4**   Severability. In the event any provision of these Terms is held unenforceable, such provision will be ineffective but shall not affect the enforceability of the remaining provisions. To the fullest extent allowable by law and equity, the parties agree that any such provision may be blue-penciled or otherwise construed by the forum presiding over any dispute to give effect to the intent of the parties and consistent with the overall purpose and intent of the agreement, and may be deemed replaced by an enforceable provision that comes closest to the intention underlying the unenforceable provision.

**19.5**   Assignment. These Terms are personal to You, and are not assignable, transferable or sub-licensable by You except with our prior written consent. We reserve the right to assign, transfer or delegate any of our rights and obligations hereunder to any third party without notice to You, and in such case the Terms shall apply to and bind any successor-in-interest or assignee of ours.

**19.6**   Third-Party Beneficiaries. You further agree and intend that these Terms are entered into for the express benefit of your spouse, heirs, children and next-of-kin and shall bind same to the extent of any claims arising from your use of the Service which is brought by them or by any person for their use or benefit.

**19.7**   Entire Agreement. These Terms contain the entire understanding between You and us, and supersede all prior understandings between You and us relating to the subject matter.

Ex. A 0044

**19.8**   Business Transfers. In the event we undergo a change of control, merger, acquisition, or sale of assets, Your User Account and associated data may be part of the assets transferred to the purchaser or acquiring party.

**19.9**   Waiver. Our failure to assert breach or a violation of these Terms or otherwise failure to exercise any rights under these Terms shall not constitute or be deemed a waiver or forfeiture of such rights or a waiver or forfeiture of such rights in the future.

**19.10**   Survival of Obligations. SECTIONS 14, 15, 16, 17, 18and 20SHALL BE DEEMED TO SURVIVE THE TERMINATION OF THESE Terms of Services OR YOUR USER ACCOUNT FOR ANY REASON.

# 20. Applicable Law and Jurisdiction

**20.1**   Governing Law. Subject to the Arbitration Agreement contained in Section 17, which is governed by the Federal Arbitration Act, the parties agree that these Terms and the related Service are governed by and shall be construed in accordance with the laws of the Delaware without regard to its principles of conflicts of law.

**20.2**   Exclusive Forum. Subject to the Arbitration Agreement contained in Section 17, the parties agree that any dispute, controversy, or claim arising out of or in connection with these Terms, or the breach, termination or invalidity of these Terms, will be submitted exclusively to state or federal courts in Delaware, and You and we consent to the venue and personal jurisdiction of those courts. Notwithstanding the foregoing, any motion to compel arbitration or to enforce an arbitral award issued hereunder may be brought before any court of competent jurisdiction.

Ex. A 0045

Ex. A 0046

# EXHIBIT B

# POKER CLUB TERMS AND CONDITIONS

**NO PURCHASE NECESSARY TO ENTER OR WIN**

**NO PURCHASE NECESSARY TO PLAY**

**VOID WHERE PROHIBITED, OFFICIAL RULES APPLY**

**Version 5.0**

**IMPORTANT NOTICE: These Terms and Conditions have been updated as of March 21st, 2024, supersede and replace all prior Terms & Conditions.**

**PLEASE NOTE THAT THESE TERMS AND CONDITIONS INCLUDE A PROVISION WAIVING THE RIGHT TO PURSUE ANY CLASS, GROUP OR REPRESENTATIVE CLAIM AND REQUIRING YOU TO PURSUE PAST, PENDING, AND FUTURE DISPUTES BETWEEN YOU AND US THROUGH INDIVIDUAL ARBITRATION UNLESS YOU OPT OUT WITHIN THE SPECIFIED TIME FRAME. SEE CLAUSE 22 FOR MORE INFORMATION.**

**PLEASE READ THE FOLLOWING TERMS AND CONDITIONS, THE FISH BEAR PRIVACY POLICY AND THE OFFICIAL SWEEPS RULES CAREFULLY BEFORE USING THE SERVICES OFFERED IN CONNECTION WITH ANY FISH BEAR SERVICES OR WEBSITE OR APPLICATION. YOU AGREE THAT YOUR CONTINUED USE OR ACCESS OF THE SITE OR SERVICES SHALL BE SUBJECT TO THESE TERMS AND CONDITIONS, WHICH FURTHER INCORPORATE AND INCLUDE THE PRIVACY POLICY, THE OFFICIAL SWEEPS RULES, AND THE RESPONSIBLE SOCIAL GAMEPLAY.**

These Terms and Conditions ("the Terms" or "Terms") form a binding agreement between You and Fish Bear Studio Limited (" Fish Bear", "us", "we" or "sponsor") which provides all of the Terms and conditions governing Your access and use of Poker Club and any related applications (the "Site" ) as well as Your creation of your user account, use of the games on the Site, participation in any sweepstakes promotions, and any transactions or dealings with us in any way (collectively, the "Services").

You represent and warrant that You have the right, authority, and capacity to accept these Terms and to abide by them, that You are of legal age and that You have fully read and understood the Terms. You must read these Terms carefully in their entirety before checking the box for acceptance of these Terms. By checking the acceptance, or by accessing the games or creating a user account, you confirm that You have read and agree to be bound by these Terms.

# DEFINITIONS

**Collective Arbitration** means any claim as part of a class, group, collective, coordinated, consolidated, mass, or representative proceeding.

**Content** means text, graphics, user interfaces, visual interfaces, photographs, trademarks, logos, sounds, music, artwork, computer code and other material used, displayed or available as part of the Games and Platform. Content includes Gold Coins and Sweeps Coins.

**Customer Account** means an account held by a Registered Customer.

**Excluded Territory** means the states of Florida, Georgia, Hawaii, Idaho, Michigan, Nevada, Washington, and West Virginia in the United States, and any other jurisdiction outside of the United States.

**Fraudulent Conduct** means any of the conduct described in clause 10.1.

**Game** means any one or more Game(s) available on the Platform in either Standard Play or Promotional Play. We reserve the right to add and/or remove Games from the Platform (including limiting their availability in certain jurisdictions) at our sole discretion for any reason.

**Gold Coins** means the virtual social gameplay token which enables you to play the Standard Play Games. Gold Coins have no monetary value and cannot under any circumstance be redeemed for prizes.

**Inactive Account** means a Customer Account which has not recorded any login or log out for a period exceeding 12 consecutive months.

**Participate** means playing any Games or using our Platform in any manner whatsoever, including any of the conduct described in clause 2.

**Payment Administration Agent** means the service provided through any related body corporate, affiliate, or third party we appoint to act as our agent.

**Payment Medium** means any card, online wallet, financial/bank account or other payment medium used to purchase Gold Coins.

**Platform** means the Services provided through any URL or mobile application belonging to, or licensed to us.

**Player** means any person who Participates, whether or not a Registered Customer.

**Prizes** means prizes won when playing Promotional Play Games which are redeemable for valuable prizes in accordance with the Sweeps Rules.

**Promotional Play** means participation in our sweepstakes promotions by playing any Games on the Platform with Sweeps Coins.

**Registered Customer** means a Player who has successfully registered a Customer Account, whether that account is considered active or not.

**Standard Play** means participating in any Game on the Platform played with Gold Coins. We may give you Gold Coins free of charge when you sign up to a Platform and thereafter at regular intervals when you log into a Platform. You may win more Gold Coins when you play in Standard Play and you may purchase more Gold Coins on the Platform. You cannot win Prizes when you Participate in Standard Play.

**Sweeps Coins** means sweepstakes entries subject to the Sweeps Rules. We may give you Sweeps Coins free of charge when you sign up to a Platform, as a bonus when you purchase Gold Coins or via each of our free alternative methods of entry as set out in the Sweeps Rules. You may win more

Ex. B 0002

Sweeps Coins when you Participate in Promotional Play. YOU CANNOT PURCHASE SWEEPS COINS.

**Sweeps Rules** means the Sweeps Rules available on the Platform.

**Terms and Conditions** means these terms and conditions, as amended from time to time.

**Third Party Website** means a third party website not controlled by us.

## 1. Changes to Terms and Conditions and Incorporated Policies

1.1. From time to time, We may modify or amend these Terms. If we do so, any such modifications or changes shall be reflected in the Terms on the Site at Terms of service. We will also notify You by email regarding any material changes to the Terms. Whether You receive or review such notifications, You agree that You will be bound by any such changes and that it shall be Your responsibility to check the Terms of Service as posted on the Site prior to accessing the Site or partaking in any Services. Your further use of the Services after any changes are posted shall constitute further consent and agreement to the Terms as changed or amended.

1.2. From time to time, We may also modify or amend the incorporate our Privacy Policy, Sweeps Rules and Responsible Social Gameplay (collectively the "Incorporated Policies"). If we do so, any such modifications or changes shall be reflected in the Incorporated Policies as posted on the Site. You agree that You will be bound by any such changes and that it shall be Your responsibility to check the Incorporated Policies as posted on the Site prior to accessing the Site or partaking in any Services. Your further use of the Services after any changes are posted shall constitute further consent and agreement to the Incorporated Policies as changed or amended.

1.3. If You have any questions about these Terms or the Incorporated Policies, please contact customer support via Pokerclub3@outlook.com.

1.4. In the event of any conflict between the Terms and the Incorporated Policies, the Terms shall control.

## 2. Eligibility

Your eligibility for continued use of the service is contingent on Your ongoing compliance with these Terms, in particular:

2.1. You declare and warrant that:

a. you are over 18 years of age or such higher minimum legal age of majority as stipulated in the jurisdiction of your residence and are, under the laws applicable to you, legally allowed to participate in the Games offered on the Site;

b. WHEN PARTICIPATING IN:

i. STANDARD PLAY, YOU DO NOT RESIDE IN OR ACCESS THE SITE FROM THE EXCLUDED TERRITORIES; AND

ii. PROMOTIONAL PLAY, YOU DO NOT RESIDE IN OR ACCESS THE SITE FROM THE EXCLUDED TERRITORIES;

Ex. B 0003

c. you participate in the Games strictly in your personal capacity for recreational and entertainment purposes only;

d. you participate in the Games on your own behalf and not on the behalf of any other person;

e. all information that you provide to us during the term of validity of these Terms and Conditions is true, complete and correct, and you will immediately notify us of any change to such information;

f. money that you use to purchase Gold Coins is not tainted with any illegality and, in particular, does not originate from any illegal activity or source, or from ill-gotten means;

g. you will not purchase Gold Coins from a business or corporate account, but only an account held in your name;

h. you will not be involved in any fraudulent, collusive, fixing or other unlawful activity in relation to your or third parties' participation in any of the Games and you will not use any software-assisted methods or techniques (including but not limited to bots designed to play automatically) or hardware devices for your participation in any of the Games. We reserve the right to invalidate any participation in the event of such behaviour;

i. in relation to the purchase of Gold Coins, you must only use a valid Payment Medium which lawfully belongs to you;

j. you will not sell or trade for value, or seek to sell or trade for value, or accept as a sale or trade for value provided to you by Fish Bear;

k. you will not intentionally lose your chips on purpose to benefit another Player's chip stack, often referred to as 'chip dumping', and

l. you will not intentionally receive chips in a 'chip dumping' scheme.

2.2. GOLD COINS PURCHASES MADE FROM WITHIN THE STATE OF FLORIDA, GEORGIA, HAWAII, IDAHO, MICHIGAN, NEVADA, WASHINGTON, AND WEST VIRGINIA IN THE UNITED STATES OF AMERICA WILL BE VOIDED AND REFUNDED, MINUS AN ADMINISTRATIVE FEE OF UP TO 10% OF THE TOTAL PURCHASES MADE BY THE PLAYER, IN ADDITION TO ANY CHARGES THAT MAY BE LEVIED BY THE BANK OR FINANCIAL INSTITUTION MANAGING THE AFOREMENTIONED REVERSAL.

2.3. It is a Player's responsibility to ensure that their participation is lawful in their jurisdiction. Any person who is knowingly in breach of clause 2, including any attempt to circumvent this restriction, for example, by using a VPN, proxy or similar service that masks or manipulates the identification of your real location, or by otherwise providing false or misleading information regarding your location or place of residence, or by participating from an Excluded Territory or through a third party or on behalf of a third party located in an Excluded Territory, is in breach of these Terms and Conditions. You may be committing fraud and may be subject to criminal prosecution.

**Eligible Players**

2.4. Employees of Fish Bear, any of their respective affiliates, subsidiaries, holding companies, advertising agencies, or any other company or individual involved with the design, production, execution or distribution of the Games and their immediate family (spouse, parents, siblings and children, whether the relationship is by birth, marriage or adoption) and household members (people who share the same residence at least 3 months of the year) are not eligible to participate.

Ex. B 0004

## 3. LICENCE

3.1. Subject to your agreement and continuing compliance with these Terms and Conditions, Fish Bear grants you a personal, non-exclusive, non-transferable, non-sublicensable, revocable, limited license to access and use the Site and the Content, through a supported Web browser or mobile device, solely for your personal, private entertainment and no other reason.

3.2. FISH BEAR GRANTS YOU A PERSONAL, NON-EXCLUSIVE, NONTRANSFERABLE, NON-SUBLICENSABLE, REVOCABLE, LIMITED LICENCE TO USE THE AVATARS AVAILABLE ON THE SITE. PLEASE NOTE THAT FISH BEAR MAY ADD OR REMOVE AVATARS AT ITS SOLE DISCRETION AND WITH NO FURTHER NOTICE TO YOU. THE PURCHASE OF AN AVATAR IS THE PURCHASE OF A LICENCE TO USE THAT AVATAR FOR AS LONG AS IT IS AVAILABLE ON THE SITE.

3.3. These Terms and Conditions do not grant you any right, title or interest in the Site or Content.

3.4. You acknowledge and agree that your licence to use the Site is limited by these Terms and Conditions and if you do not agree to, or act in contravention of, these Terms and Conditions, your licence to use the Site (including the Games and Content) may be immediately terminated.

3.5. Where the Site or any Game is deemed to be illegal under the laws of the jurisdiction in which you reside or are situated, you will not be granted any licence to, and must refrain from accessing, the Site or relevant Game.

## 4. YOUR CUSTOMER ACCOUNT

**Single Account**

4.1. You are allowed to have only one customer account, including any Inactive Account on the Site. If you attempt to open more than one customer account, all accounts you have opened or try to open may be suspended or closed and the consequences described in clause 19.3 may be enforced.

4.2. You must notify us immediately if you notice that you have more than one registered customer account, whether active or not on any one Site. DO NOT CREATE A NEW CUSTOMER ACCOUNT IF YOU WISH TO CHANGE YOUR EMAIL, ADDRESS OR SURNAME.

**Accuracy**

4.3. You are required to keep Your personal details up to date. If You change Your address, email, phone number or any other contact details or personal information please contact customer support via Pokerclub3@outlook.com.The name that you provide to us at registration must be identical to that listed on your government issued identification.

**Security and Responsibility of Your Customer Account**

4.4. As part of the registration process, you will have to choose a password to login into the Site.

4.5. It is your sole and exclusive responsibility to ensure that your customer account login details and any Payment Mediums are kept secure and are only accessible by you. You accept full responsibility

Ex. B 0005

for any unauthorised use of your customer account and any activity linked to your customer account, including by a minor (which in all events is prohibited).

4.6. You must not share your customer account or password with another person, let anyone else access or use your customer account or do any other thing that may jeopardize the security of your customer account.

4.7. If you become aware of, or reasonably suspect that security in your customer account has been compromised, including loss, theft or unauthorised disclosure of your password and customer account details, you must notify us immediately.

4.8. You are solely responsible for maintaining the confidentiality of your password and you will be held responsible for all uses of your customer account, including any purchases made under the customer account, whether those purchases were authorized by you or not.

4.9. You are solely responsible for anything that happens through your customer account, whether or not you undertook those actions. You acknowledge that your customer account may be terminated if someone else uses it and engages in any activity that breaches these Terms and Conditions or is otherwise illegal.

4.10. We are not responsible for any abuse or misuse of your customer account by third parties due to your disclosure of your login details to any third party, whether such disclosure is intentional or accidental, active or passive.

**Account Transfers**

4.11. You may not transfer Gold Coins or Sweeps Coins between customer accounts, or from your customer account to other Player, or to receive Gold Coins or Sweeps Coins from other customer accounts into your customer account, or to transfer, sell or acquire customer accounts. Any attempt to circumvent these prohibitions is ground for immediate closure of your customer account, without prejudice to any other rights or remedies available to us.

**Inactive Customer Accounts**

4.12. We reserve the right to close your customer account if it is inactive for a period of 12 consecutive months or longer.

**Closing of Customer Accounts**

4.13. If you wish to close your user account, You may do so at any time by contacting customer support via Pokerclub3@outlook.com. Closing your customer account will forfeit all continued access to and right to use, enjoy or benefit from any Gold Coins, Sweeps Coins and unredeemed Prizes associated with your customer account.

4.14. If the reason behind the closure of your customer account is related to concerns about possible Responsible Social Gameplay issues you must indicate this in your request to close your customer account. Our take a break(time-out) and exclusion procedures are summarised at clause 9.4 of these Terms and Conditions and are set out in detail in our Responsible Social Gameplay.

4.15. You will be able to open your customer account again by sending a request to the customer support. All requests for re-opening of an account will be evaluated by our customer support and compliance teams, who abide by strict customer protection guidelines.

**Discretion to Refuse or Close Accounts**

Ex. B 0006

4.16. We reserve the right to place limits on, suspend, close, or refuse to open a customer account in our sole discretion. If we close your customer account pursuant to clause 19.1 of these Terms and Conditions, the consequences set out in clause 19 shall apply. If we close your customer account for other reasons, we will make reasonable efforts to enable you to redeem any Prizes in your customer account, but any licence to continued use, enjoyment or benefit of or from the Gold Coins and Sweeps Coins will be terminated.

## 5. GAMES

### Rules

5.1. In addition to these Terms, Games offered on the service may have their own rules which are available on the service. It is Your responsibility to read the rules of a Game before playing. You must familiarize yourself with the applicable Terms of play and read the relevant rules before playing any Game.

### Gold Coins Purchases

5.2. The Payment Medium you use to purchase Gold Coins must be legally and beneficially owned by you and in your name. If it comes to our attention that the name you registered on your customer account and the name linked to your payment medium differ, your customer account will be immediately suspended. Should your customer account be suspended, we recommend that you contact Customer Support via Pokerclub3@outlook.com. You must promptly notify us if your payment mechanism is cancelled, lost or stolen or if the security of Your payment mechanism has otherwise become compromised.

5.3. We reserve the right to request documents and information to verify the legal and beneficial ownership of the Payment Medium you use to make Gold Coins purchases.

5.4. You agree that we and our Payment Administration agents and payments facilitators may store your payment information (e.g. card number or token) to process your future purchases. By accepting these Terms and Conditions, you authorize Fish Bear and our Payment Administration Agents and payments facilitators to store your payment credentials in compliance with applicable payment processing regulations.

5.5. Fish Bear begins processing a payment for the purchase of Gold Coins when you click on the "BUY" button.

### No Refunds

5.6. Purchases of Gold Coins are final and are not refundable, transferable or exchangeable. You agree to notify us about any billing problems or discrepancies within 30 days from the date of your purchase. If you do not bring them to our attention within 30 days, you agree that you waive your right to dispute such problems or discrepancies. You are responsible for and agree to reimburse us for all reversals, charge-backs, claims, fees, fines, penalties and any other liability incurred by us (including costs and related expenses) that were caused by or arising out of payments that you authorized or accepted or that were authorized or accepted using your customer account (even if not authorized by you).

### Gold Coins and Sweeps Coins Balance

5.7. You may participate in any Game only if you have sufficient Gold Coins or Sweeps Coins (as applicable) in your customer account for such participation. We will not extend you any credit whatsoever for the purchase of Gold Coins or otherwise.

5.8. From time to time, we may assign minimum or maximum Gold Coins purchases as specified and offered on the Site.

5.9. Once a Gold Coin purchase has been made, the funds will be drawn from your Payment Medium as soon as practicable.

5.10. The purchase of Gold Coins is the purchase of a licence that allows you to participate in Standard Play Games and is not the deposit of funds which can be withdrawn. Funds used to purchase Gold Coins will not, and cannot, be refunded to you, except as provided in clause 5.6. Gold Coins do not have any real money value.

5.11. Gold Coins or Sweeps Coins that have been submitted for play and accepted cannot be changed, withdrawn or cancelled and the Gold Coins or Sweeps Coins (whichever applicable) will be drawn from your Gold Coins or Sweeps Coins balance instantly.

5.12. If you are found to have one or more of your purchases returned or reversed or charged back, your customer account will be suspended. If this occurs, the amount of such purchases will constitute a debt owed by you to us and you must immediately remit payment for such purchases through an alternative payment method. Until payment is received by us or our Payment Administration agent, any purchases and winnings will be deemed void and requests to redeem Sweeps Coins for Prizes will not be allowed.

5.13. In accordance with the Sweeps Rules:

    a. unless we require otherwise in accordance with clause 5.13(b), any Sweeps Coins allocated to you is only required to be played once before it is eligible to be redeemed as a prize; and

    b. we may, in our sole discretion, require that any Sweeps Coins allocated to you be played a greater number of times (not exceeding 20) in any combination of Promotional Play Games before it is able to be redeemed as a prize.

**Void Games**

5.14. We reserve the right to declare Participation in a Game void, partially or in full, if, in our sole discretion, we deem it obvious that there was an error, mistake, misprint or technical error on the win-table, minimum or maximum Play amonunt, odds or software.

**Final Decision**

5.15. In the event of a discrepancy between the result showing on a user's device and the Fish Bear server software, the result showing on the Fish Bear server software will be the official and governing result.

# 6. PROMOTIONS

6.1. All promotions, including Games played in Promotional Play, contests, special offers and bonuses are subject to these Terms and Conditions, the Sweeps Rules and to additional Terms that may be published at the time of the promotion.

Ex. B 0008

6.2. In the event and to the extent of any conflict between these Terms and Conditions and any promotion-specific Terms and Conditions, the promotion-specific Terms and Conditions will prevail.

6.3. Fish Bear reserves the right to withdraw or modify such promotions without prior notice to you.

6.4. If, in the reasonable opinion of Fish Bear, we form the view that a Registered Customer is abusing any promotion, to derive any advantage or gain for themselves or other Registered Customers, including by way of Fraudulent Conduct we may, at our sole discretion, withhold, deny or cancel any advantage, bonus or Prize as we see fit.

6.5. Without limiting clause 11.4, you confirm that you grant Fish Bear an irrevocable, perpetual, worldwide, non-exclusive, royalty-free licence to use in whatever way we see fit, and without further acknowledgment of you as the author, any Content you post or publish as part of a promotion, contest or competition.

# 7. REDEMPTION OF PRIZES

**Prize Redemption Methods**

7.1. Subject to these Terms and Conditions:

a. when you choose to redeem Prizes for gift cards, the gift cards will be allocated to the email address that you have registered against your customer account, or if this is not technically possible, then to an alternative email address you nominate, provided that email address is also your address and not that of a third party; and

b. when you choose to redeem Prizes for cash, the cash payment will be made to the Payment Medium from which you purchased Gold Coins, or if this is not technically possible, then to an alternative financial account you nominate, provided that account is legally and beneficially owned by you. We reserve the right to require the use of the same payment method for redemption of Prizes as was used to purchase Gold Coins, or a specific payment method at our own discretion.

**Limits and Fees**

7.2. We reserve the right to charge fees for processing the redemption of Prizes to you and to set a minimum redemption threshold of SC100 for Prize redemptions.

7.3. In New York, the maximum redemption value for a Prize won on any one play is USD$5,000 and any Prize with a value in excess of USD$5,000 will be reduced to a maximum value of USD$5,000.

7.4. We reserve the right, in our sole discretion, to limit the value of Prize redemptions for each Participant to:

a. USD$10,000 per day.

b. any other amount over any time that we consider necessary to satisfy our regulatory obligations or the requirements of our partners and suppliers.

**Your Responsibility for Prize Redemptions and Accuracy of Details**

Ex. B 0009

7.5. When you choose to redeem Prizes for gift cards pursuant to clause 7.1(a), it is your sole responsibility to ensure that the email address and all relevant details you provide are accurate. If the details you have provided are not accurate, and we have processed the redemption using the details you have provided, the redemption of that Prize is complete and we are not required to reissue the gift cards.

7.6. If no valid email address is provided to us within 60 days of a request from us to do so, Fish Bear is not obliged to allocate the gift cards to you and may in its discretion deem the Prizes to be void.

7.7. When you choose to redeem Prizes for cash, it is your sole responsibility to ensure that your financial institution will accept payment from us into your bank account. Fish Bear has no obligation to check whether your financial institution will accept payments from us to your nominated bank account.

7.8. Subject to clause 7.9, we will not make payments into an account or online wallet which does not match your verified name or the name you provided when registering your customer account or that is not legally and beneficially owned by you.

7.9. Prizes redeemed for cash:

a. will be paid into a joint account or joint wallet provided that one of the names on the joint account or joint wallet matches the name you provided when registering your customer account or your verified name and all verification checks we require in relation to you and the other account holder are completed to our satisfaction. For the avoidance of doubt, if either joint account holder does not satisfy our verification requirements, as determined solely at our discretion, we will not make payments into the nominated joint account;

b. will not be paid into:

i. a joint account or joint wallet where one of the joint owners is a minor; or

ii. custodial accounts; or

iii. any account held on trust for, or for the benefit of, a third party (including a minor).

7.10. Where you are required to provide the details of your financial institution, bank account or online wallet, you agree that you are solely responsible for the accuracy of those details. You further agree that, where you have chosen to redeem a Prize for cash and the details you have provided are not accurate, and we have processed the payment using the details you have provided, the redemption of that Prize is complete and we cannot and are not required to reverse or reissue the payment.

7.11. You acknowledge and agree that, if your financial institution will not accept payments from Fish Bear or where your bank account or online wallet does not meet the requirements in these Terms and Conditions:

a. you will be required to nominate an alternative bank account for the payment;

b. there will be delays in the processing of the payment to you; and

c. if you are unable to nominate an alternative bank account which meets the requirements set out in these Terms and Conditions within 60 days of a request from us to do so, Fish Bear is not obliged to make the relevant payments to you and may in its discretion deem the Prizes to be void.

**Currency**

7.12. All Gold Coins purchases and direct bank transfer payments are executed in USD. It is a Player's responsibility to ensure that their nominated bank account can accept transactions in USD.

7.13. All foreign exchange transaction fees, charges or related costs that you may incur as a result of, or in relation to, payments made by the Fish Bear to you are to be borne solely by you, including but not limited to any losses or additional costs arising from foreign exchange fluctuations.

**Timing and Frequency for Prize Redemptions**

7.14. We process requests to redeem Prizes in the order in which they are received. Our goal is to process your request as soon as practicable.

7.15. We will only process one Prize redemption request per customer account in any 1 day period.

7.16. Where you choose to redeem Prizes for cash you acknowledge and agree that it may take up to 10 business days to process the relevant payment into your nominated bank account.

7.17. There may be delays in payments due to our identity verification process and certain Payment Mediums will require additional verification at the time of redemption.

7.18. Payments of over US$10,000 may require a longer processing time than usual due to bank clearance and security and fraud checks and may also be paid in more than one lump sum. This may add up to 7 days to the normal processing time but is dependent on the circumstances of each individual case.

7.19. Without limiting clause 7.2, Players can request to redeem Prizes of any value, however we reserve the right to allocate or pay Prizes in smaller increments over a number of days until all of the Prize has been allocated or paid.

**Payment Administration Agent**

7.20. You acknowledge and agree that we may in our sole discretion, from time to time, appoint one or more Payment Administration Agents to accept or make payments (including merchant facilities) from or to Players on our behalf.

7.21. A Payment Administration Agent will have the same rights, powers and privileges that we have under these Terms and Conditions and will be entitled to exercise or enforce their rights, powers and privileges as our agent or in their own name. In no event will we be liable to any Player for any loss, damage or liability resulting from the Payment Administration Agent's negligence or acts beyond the authority given by Fish Bear.

**Expiry and Forfeiture**

7.22. Sweeps Coins are only valid for 90 days from the date you last logged on to your customer account and will thereafter automatically expire.

7.23. Sweeps Coins may be forfeited if a customer account is closed for any reason, or at our discretion.

**Updating Payment details**

7.24. Updating or adding additional payment details for the sole purpose of redeeming Prizes may only be done by contacting Pokerclub3@outlook.com.

**Refused Prizes**

7.25. If you choose to redeem Prizes for cash but refuse to accept payments made to your nominated bank account by Fish Bear, you must refuse the amount in its entirety. Where you refuse to accept payment to your nominated bank account more than twice in any 3 months period, Fish Bear reserves the right to suspend your customer account to undertake investigations to ensure that the Site is not being used as a vehicle for fraudulent activity.

**Mistaken Credits**

7.26. If we mistakenly credit your customer account from time to time with Prizes that do not belong to you, whether due to a technical error, human error or otherwise, the amount credited will remain Fish Bear property and will be deducted from your customer account. If you have been transferred cash or gift cards that do not belong to you prior to us becoming aware of the error, the mistakenly paid amount will (without prejudice to other remedies and actions that may be available at law) constitute a debt owed by you to us. In the event you discover an incorrect crediting, you are obliged to notify Customer Support via Pokerclub3@outlook.com without delay.

# 8.VERIFICATION

**Verification Checks**

8.1. You agree that we are entitled to conduct any identification, credit and other verification checks that we may reasonably require or that are required of us under applicable laws and regulations or by relevant regulatory authorities or to otherwise prevent financial crime.

8.2. Until all required verification checks are completed to our satisfaction:

    a. any request you have made for redemption of Prizes will remain pending; and

    b. we are entitled to restrict your customer account in any manner that we may reasonably deem appropriate, including by suspending or closing your customer account.

8.3. We will carry out additional verification procedures in accordance with our internal anti-financial crime policies, including without limitation for any cumulative redemption of Prizes exceeding a value of USD$2,000 or single of USD$500. Verification procedures may, for example, include requests for, and our examination of, copies of your:

    a. identification documentation (including photo identification) such as a passport;

    b. proof of your address such as a utility bill; and

    c. source of wealth or source of funds documentation such as a pay slip or bank statement.

8.4. Where any identification, credit or other verification check we require cannot be completed to our satisfaction because you have not provided any document we request from you in the form that we require within 30 days' of the date the document was first requested, then we are under no obligation to continue with the verification check and we may in our sole discretion close or otherwise restrict your customer account in any manner that we may reasonably deem appropriate

8.5. Players who request the redemption of Prizes held in a suspended or closed customer account should contact Customer Support via Pokerclub3@outlook.com. Nothing in this provision should be

Ex. B 0012

construed as conveying a right to any such redemption. Your rights in that regard are as set out elsewhere in these Terms and Conditions.

**External Verification Checks**

8.6. You agree that Fish Bear may use third party service providers to run external identification and other verification checks on all Customers on the basis of the information provided by you from time to time.

# 9. RESPONSIBLE SOCIAL GAMEPLAY

**Policy**

9.1. Fish Bear actively supports Responsible Social Gameplay and encourages its Players to make use of a variety of Responsible Social Gameplay features so as to better manage their customer account.

9.2. We refer to you our Responsible Social Gameplay for full details.

9.3. Fish Bear is committed to providing excellent customer service. As part of that pledge, Fish Bear is committed to supporting Responsible Social Gameplay. Although Fish Bear will use all reasonable endeavors to enforce its Responsible Social Gameplay policies, Fish Bear does not accept any responsibility or liability if you nevertheless continue Gameplay and/or seek to use the Site with the intention of deliberately avoiding the relevant measures in place and/or Fish Bear is unable to enforce its measures/policies for reasons outside of Fish Bear's reasonable control.

**Take a Break (Time-Out) and Self-Exclusion**

9.4. You may, at any time, request a take a break (time-out) or self-exclusion from our Games. You may also set a limit on your purchases of Gold Coins or the amount of Sweeps Coins you play. To view the various options available, refer to our Responsible Social Gameplay

**Player Protection Policy**

9.5. We want to ensure that you enjoy your experience playing our Games in a safe and responsible manner. On the Responsible Social Gameplay page of our Platform's principal website, we have a detailed Player Protection Policy which includes a list of mechanisms you can enlist in order to ensure a safer Gameplay experience.

# 10. FRAUDULENT CONDUCT

10.1. You will not, directly or indirectly:

   a. hack into any part of the Games or Site through password mining, phishing, or any other means;

   b. attempt to modify, reverse engineer, or reverse-assemble any part of the Games or Site;

   c. knowingly introduce viruses, Trojans, worms, logic bombs, spyware, malware, or other similar material;

Ex. B 0013

d. circumvent the structure, presentation or navigational function of any Game so as to obtain information that Fish Bear has chosen not to make publicly available on the Site;

e. engage in any form of cheating or collusion;

f. use the Site and the systems of Fish Bear to facilitate any type of illegal money transfer (including money laundering proceeds of crime); or

g. participate in or take advantage of, or encourage others to Participate in or take advantage of schemes, organizations, agreements, or groups designed to share:

> i. special offers or packages emailed to a specific set of Players and redeemable by URL; or

> ii. identification documents (including, but not limited to, photographs, bills and lease documents) for the purpose of misleading Fish Bear as to a Player's identity.

10.2. You must not use the Site for any unlawful or fraudulent activity or prohibited transaction (including Fraudulent Conduct) under the laws of any jurisdiction that applies to you. We monitor all transactions in order to prevent money laundering.

10.3. If Fish Bear suspects that you may be engaging in, or have engaged in fraudulent, unlawful or improper activity, including money laundering activities or any conduct which violates these Terms and Conditions, your access to the Site will be suspended immediately and your customer account may be closed. If your customer account is suspended or closed under such circumstances, Fish Bear is under no obligation to reverse any Gold Coins purchases you have made or to redeem any Sweeps Coins or Prizes that may be in your customer account. In addition, Fish Bear may pass any necessary information on to the relevant authorities, other online service providers, banks, credit card companies, electronic payment providers or other financial institutions. You will cooperate fully with any Fish Bear investigation into such activity.

10.4. If you suspect any unlawful or fraudulent activity or prohibited transaction by another Player, please notify us immediately via the means of communication listed in the Customer Complaints procedure (described in clause 18).

## 11. INTELLECTUAL PROPERTY

11.1. The computer software, the computer graphics, the Site and the user interface that we make available to you is owned by, or licensed to, Fish Bear or its associates and protected by relevant intellectual property laws. You may only use the software for your own personal, recreational uses in accordance with all rules, Terms and Conditions we have established (including these Terms and Conditions and the Sweeps Rules) and in accordance with all applicable laws, rules and regulations.

11.2. You acknowledge that Fish Bear is the proprietor or authorized licensee of all intellectual property in relation to any Content.

11.3. Your use of the Games and Site does not provide you with any intellectual property rights in the Content, Games or Site.

11.4. You grant us, and represent and warrant that you have the right to grant us, an irrevocable, perpetual, worldwide, non-exclusive, royalty-free licence to use in whatever way we see fit, any information, images, videos, comments, messages, music or profiles you publish or upload to any website or social media page controlled and operated by Fish Bear.

Ex. B 0014

11.5. You must not reproduce or modify the Content in any way, including by removing any copyright or trade mark notice.

11.6. All trade marks and logos displayed in the Games and Site are the property of their respective owners and are protected by applicable trade mark and copyright laws.

## 12. THIRD PARTY WEBSITES AND LINKS

**Third Party Websites**

12.1. You acknowledge and agree that Fish Bear:

a. is not responsible for Third Party Websites; and

b. makes no guarantee as to the Content, functionality, or accuracy of any Third Party Website.

12.2. You further acknowledge that some Third Party Websites may be fraudulent in nature, offering Gold Coins or Sweeps Coins which the operators of those websites are not authorized to provide, in an effort to induce you to reveal personal information (including passwords, account information and credit card details). You agree that Fish Bear is not responsible for any actions you take at the request or direction of these, or any other Third Party Websites. **WE DO NOT AUTHORIZE ANY THIRD PARTY TO OFFER GOLD COIN OR SWEEPS COINS**. Any such offer should be deemed fraudulent and disregarded.

12.3. Third Party Websites are subject to the Terms and Conditions outlined by that third party.

**Links**

12.4. Any links to Third Party Websites do not:

a. indicate a relationship between Fish Bear and the third party; or

b. indicate any endorsement or sponsorship by Fish Bear of the Third Party Website, or the goods or services it provides, unless specifically indicated by Fish Bear.

12.5. Where a website controlled and operated by Fish Bear contains links to various social networking sites, such as Facebook® and X®, you acknowledge and agree that:

a. any comments or Content that you post on such social networking sites are subject to the Terms and Conditions of that particular social networking site;

b. you will not post any comments that are false, misleading or deceptive or defamatory to us, our employees, agents, officers or other Players; and

c. we are not responsible or liable for any comments or Content that you or others post on social networking sites.

## 13. DISRUPTIONS AND CHANGE

**No warranties**

13.1. The Site is provided on an "as is" basis and to the fullest extent permitted by law, we make no warranty or representation, whether express or implied, in relation to the satisfactory quality, fitness for purpose, completeness or accuracy of the Site (including the Games and Content).

**Malfunctions**

13.2. Fish Bear is not liable for any downtime, server disruptions, lagging, or any technical or political disturbance to Game play, nor attempts by you to Participate by methods, means or ways not intended by us.

13.3. Fish Bear accepts no liability for any damages or losses which are deemed or alleged to have arisen out of or in connection with any Site or its Content including, without limitation, delays or interruptions in operation or transmission, loss or corruption of data, communication or lines failure, any person's misuse of a Site or its Content or any errors or omissions in Content.

13.4. In the event of a Site system malfunction all Game play on that Site is void.

13.5. In the event a Game is started but fails to conclude because of a failure of the system, Fish Bear will use commercially reasonable efforts to reinstate the amount of Gold Coins or Sweeps Coins played (whichever applicable) in the Game to you by crediting it to your customer account. Fish Bear reserves the right to alter Player balances and account details to correct such mistakes.

13.6. Fish Bear reserves the right to remove any part of the Games from the Site at any time. Any part of the Games that indicate incorrect behaviour affecting Prize redemption, Game data, Gold Coins balances, Sweeps Coins balances or other balances, that may be due to misconfiguration or a bug, will be cancelled and removed from the Site. Player balances and account details may be altered by Fish Bear in such cases in order to correct any mistake.

**Changes to the Site**

13.7. Fish Bear reserves the right to suspend, modify, remove or add Content to the Site at its sole discretion with immediate effect and without notice to you. We will not be liable to you for any loss suffered as a result of any changes made or for any modification or suspension of or discontinuance of the Site (including any Game thereon) and you will have no claims against Fish Bear in such regard.

**Service Suspension**

13.8. We may temporarily suspend the whole or any part of the Site for any reason at our sole discretion. We may, but will not be obliged to, give you as much notice as is reasonably practicable of such suspension. We will restore the Site, as soon as is reasonably practicable, after such temporary suspension.

# 14. VIRUSES

14.1. Although we take all reasonable measures to ensure that the Site is free from viruses we cannot and do not guarantee that the Site is free of such problems. It is your responsibility to protect your systems and have in place the ability to reinstall any data or programs lost due to a virus.

Ex. B 0016

## 15. PRIVACY POLICY

15.1. Fish Bear is committed to protecting and respecting your privacy and complying with all applicable data protection and privacy laws.

15.2. Our [Privacy Policy](#) inked to these Terms and Conditions and its acceptance is a prerequisite to account registration.

## 16. MARKETING COMMUNICATIONS

16.1. You consent to receive marketing communications from Fish Bear in respect of its offerings by way of email, post, SMS and telephone notifications, any of which you may unsubscribe from at any time.

## 17. USE OF LIVE CHAT SERVICES

17.1. We may provide you with a Live Chat service to talk to our Customer Support representatives, or to talk to other Players. It is your responsibility to use these Services only for their intended purposes. You are not permitted to use our Live Chat Services for illegal purposes.

17.2. Be careful what you post on any Live Chat service. We review and moderate chats and keep a log and record of statements. Your use of the Live Chat service should be for recreational and social purposes only.

17.3. Spamming on Live Chat is prohibited. You are prohibited from intimidating, harassing or abusing other Players or Fish Bear employees and representatives.

17.4. You will not use any Live Chat service to engage in any form of harassment or offensive behaviour, including but not limited to, threatening, derogatory, abusive or defamatory statements, or racist, sexually explicit, pornographic, obscene, or offensive language.

17.5. You will not use any Live Chat service to infringe the privacy rights, property rights, or any other rights of any person.

17.6. You will not submit any kind of material or information on any Live Chat service that is fraudulent or otherwise unlawful or violates any law.

17.7. You will not use any Live Chat service to distribute, promote or otherwise publish any material containing any solicitation for funds, advertising or solicitation for goods or services of other forums.

17.8. You will not use any Live Chat service to distribute, promote or otherwise publish any kind of malicious code or do anything else that might cause harm to the Site or to other Player's systems in any way.

17.9. We reserve the right to monitor anything and everything submitted by you to any Live Chat service to ensure that it conforms to Content guidelines that are monitored by us and subject to change from time to time.

17.10. If you breach any of the provisions relating to a Live Chat service, we may ban you from using that Live Chat service or all Live Chat service and/or suspend or close your customer account. If we

close your customer account, we reserve the right to cancel or refuse to redeem any Prizes.

17.11. We reserve the right to remove any Live Chat service from the Site if abused.

17.12. We will not be liable if damage arises out of the Live Chat service.

17.13. You agree to indemnify us against any damage arising out of your illegal, unlawful or inappropriate conduct or arising out of violation of the provisions in clause 17 or any other rules on the Site applying to the Live Chat service.

17.14. You will not collude in any way through the Live Chat service. Players are encouraged to report any suspicious behaviour to Customer Support via Pokerclub3@outlook.com.

# 18. COMPLAINTS AND CUSTOMER SUPPORT

18.1. If you would like to contact our Customer Support department or have a complaint regarding our Site (including any Game) you may contact us via Pokerclub3@outlook.com.

18.2. ALL EMAIL COMMUNICATIONS BETWEEN YOU AND FISH BEAR SHOULD BE CARRIED OUT USING THE EMAIL ADDRESS THAT YOU HAVE REGISTERED AGAINST YOUR CUSTOMER ACCOUNT HELD WITH FISH BEAR. FAILURE TO DO SO MAY RESULT IN OUR RESPONSE BEING DELAYED.

18.3. The following information must be included in any written communication with Fish Bear (including a complaint):

> a. your username;
>
> b. your first and last name, as registered on your customer account;
>
> c. a detailed explanation of the complaint/claim; and
>
> d. any specific dates and times associated with the complaint/claim (if applicable).

18.4. Failure to submit a written communication with the information outlined above may result in a delay in our ability to identify and respond to your complaint/claim in a timely manner. The Fish Bear customer support will inquire into official complaints immediately. The customer support will endeavour to respond to official complaints within 10 calendar days of lodgement.

18.5. In some circumstances, the customer support will require up to 20 days to respond to a complaint. In this case, the player will be informed of the delay within 10 days of lodging the complaint.

# 19. CLOSURE/SUSPENSION OF ACCOUNT

19.1. Without limiting clause 4.16, we reserve the right, at our sole discretion, to suspend or close your customer account (notwithstanding any other provision contained in these Terms and Conditions) where we have reason to believe that you have engaged or are likely to engage in any of the following activities:

a. you breached, or assisted another party to breach, any provision of these Terms and Conditions or the Sweeps Rules, or we have a reasonable ground to suspect such breach;

b. you have more than one customer account, including any Inactive Account on any Site;

c. the name registered on your customer account does not match the name on

    i. your Payment Medium used to make purchases of Gold Coins or

    ii. the account into which you elect to redeem Prizes or you do not legally and beneficially own such Payment Medium or redemption account;

d. your communication with us consists of harassment or offensive behavior, including (but not limited to) threatening, derogatory, abusive or defamatory statements, or racist, sexually explicit, pornographic, obscene or offensive language;

e. your customer account is deemed to be an Inactive Account;

f. you become bankrupt;

g. you provide incorrect or misleading information;

h. your identity or source of wealth or source of funds (if requested) cannot be verified;

i. you attempt to use your customer account through a VPN, proxy or similar service that masks or manipulates the identification of your real location, or by otherwise providing false or misleading information regarding your citizenship, location or place of residence, or by playing Games using the Site through a third party or on behalf of a third party;

j. you are not over 18 years of age or such higher minimum legal age of majority as stipulated in the jurisdiction of your residence;

k. you are located in a jurisdiction:

    i. where Participation is illegal; or

    ii. where you are ineligible to Participate in Promotional Play in accordance with the Sweeps Rules

l. you have allowed or permitted (whether intentionally or unintentionally) someone else to Participate using your customer account;

m. you have played in tandem with other Player(s) as part of a club, group, etc., or played the Games in a coordinated manner with other Player(s) involving the same (or materially the same) selections;

n. without limiting clause 5.12, where Fish Bear has received a "charge back", claim or dispute and/or a "return" notification via your Payment Medium;

o. you have failed our due diligence procedures, or are found to be colluding, cheating, money laundering or undertaking any kind of fraudulent activity;

p. it is determined by Fish Bear that you have employed or made use of a system (including machines, computers, software or other automated systems such as bots) designed specifically to gain an unfair advantage; or

Ex. B 0019

q. you do not meet the criteria set out in our <u>Customer Acceptance Policy</u>

19.2. If Fish Bear suspends or closes your customer account for any of the reasons referred to in clause 19.1 above, you will be liable for any and all claims, losses, liabilities, damages, costs and expenses incurred or suffered by Fish Bear (together "Claims") arising therefrom and you will indemnify and hold Fish Bear harmless on demand for such Claims.

19.3. If we have reasonable grounds to believe that you have Participated in any of the activities set out in clause 19.1 above then we reserve the right to withhold all or part of the balance or recover from your customer account any Prizes, Gold Coins or Sweeps Coins that are attributable to any of the activities contemplated in clause 19.1. In such circumstances, your details may be passed on to any applicable regulatory authority, regulatory body or any other relevant external third parties.

19.4. If your customer account is suspended or closed and this leads to the withholding of Prizes, Sweeps Coins or Gold Coins, a documented copy of the decision may be sent to the MGA, as appropriate. It will not be possible for you to unlock your customer account during any suspension period.

19.5. The rights set out in clause 19 are without prejudice to any other rights that we may have against you under these Terms and Conditions or otherwise.

# 20. INDEMNITY AND LIMITATION OF LIABILITY

**Indemnity**

20.1. YOU AGREE TO INDEMNIFY AND HOLD HARMLESS US AND OUR AFFILIATES, AND OUR RESPECTIVE PARTNERS, DIRECTORS, OFFICERS, EMPLOYEES, SHAREHOLDERS, SUBCONTRACTORS, LICENSORS, SUPPLIERS AND AGENTS AGAINST ANY AND ALL COSTS, EXPENSES, LIABILITIES AND DAMAGES (WHETHER DIRECT, INDIRECT, SPECIAL, CONSEQUENTIAL, EXEMPLARY OR PUNITIVE OR OTHER) ARISING FROM ANY PARTICIPATION BY YOU, INCLUDING WITHOUT LIMITATION:

a. ACCESSING OR USING THE SITE;

b. RE-USE OF ANY CONTENT AT, OR OBTAINED FROM, THE SITE OR ANY OTHER SOURCE WHATSOEVER;

c. FACILITATING OR MAKING A PAYMENT INTO YOUR CUSTOMER ACCOUNT;

d. PLAYING THE GAMES THROUGH ANY DELIVERY MECHANISM OFFERED; AND

e. ACCEPTANCE AND USE OF ANY PRIZE.

**Limitation of Liability**

20.2. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, UNDER NO CIRCUMSTANCES WHATEVER WILL WE OR OUR AFFILIATES, OR OUR RESPECTIVE PARTNERS, OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, AGENTS, LICENSORS, SUBCONTRACTORS AND SUPPLIERS, BE RESPONSIBLE OR LIABLE TO YOU OR TO ANY OTHER ENTITY, EVEN IF ADVISED OF THE POSSIBILITY OF SUCH DAMAGES, UNDER ANY LEGAL THEORY, WHETHER CONTRACT, TORT OR OTHERWISE, FOR ANY INDIRECT, INCIDENTAL , CONSEQUENTIAL, SPECIAL, EXEMPLARY, OR

Ex. B 0020

PUNITIVE DAMAGES, INCLUDING ANY LOST PROFITS AND LOST BUSINESS OPPORTUNITIES, BUSINESS INTERRUPTION, LOST REVENUE, INCOME, GOODWILL, USE OF DATA OR OTHER INTANGIBLE LOSSES, IN EACH CASE THAT RESULTS FROM OR RELATES IN ANY MANNER TO YOUR PARTICIPATION OR ANY OTHER ACT OR OMISSION BY US.

20.3. TO THE FULLEST EXTENT PERMITTED BY APPLICABLE LAW, UNDER NO CIRCUMSTANCES WILL WE, OUR AFFILIATES AND OUR RESPECTIVE PARTNERS, OFFICERS, DIRECTORS, EMPLOYEES, SHAREHOLDERS, AGENTS, LICENSORS, SUBCONTRACTORS OR SUPPLIERS, BE LIABLE TO YOU FOR MORE THAN THE AMOUNT YOU HAVE PAID US IN THE THIRTY (30) DAYS IMMEDIATELY PRECEDING THE DATE ON WHICH YOU FIRST ASSERT ANY SUCH CLAIM. YOU ACKNOWLEDGE AND AGREE THAT IF YOU HAVE NOT PAID US ANY AMOUNTS IN THE THIRTY (30) DAYS IMMEDIATELY PRECEDING THE DATE ON WHICH YOU FIRST ASSERT ANY SUCH CLAIM, YOUR SOLE AND EXCLUSIVE REMEDY FOR ANY DISPUTE WITH US IS TO STOP USING THE SITE AND TO CLOSE YOUR CUSTOMER ACCOUNT.

20.4. YOU RECOGNIZE AND AGREE THAT THE WARRANTY DISCLAIMERS IN CLAUSES 13 AND 14, AND THE INDEMNITIES AND LIMITATIONS OF LIABILITY IN CLAUSE 20, ARE MATERIAL AND BARGAINED–FOR BASES OF THESE TERMS AND THAT THEY HAVE BEEN TAKEN INTO ACCOUNT AND REFLECTED IN THE DECISION BY YOU TO ENTER INTO THESE TERMS AND CONDITIONS. DEPENDING ON WHERE YOU RESIDE AND USE THE SITE, SOME OF THE LIMITATIONS CONTAINED IN CLAUSE 20 MAY NOT BE PERMISSIBLE. IN SUCH CASE, THEY WILL NOT APPLY TO YOU, SOLELY TO THE EXTENT SO PROHIBITED.

**Negligence and Willful Misconduct**

20.5. NOTHING IN THESE TERMS AND CONDITIONS WILL OPERATE SO AS TO EXCLUDE ANY LIABILITY OF FISH BEAR FOR DEATH OR PERSONAL PHYSICAL INJURY THAT IS DIRECTLY AND PROXIMATELY CAUSED BY FISH BEAR'S NEGLIGENCE OR WILFUL MISCONDUCT.

**Survival of Obligations**

20.6. CLAUSE 20 SURVIVES THE TERMINATION OF THESE TERMS AND CONDITIONS FOR ANY REASON.

# 21. FISH BEAR NOT A FINANCIAL INSTITUTION

**Interest**

21.1. You will not receive any interest on outstanding Prizes and you will not treat Fish Bear as a financial institution.

**No legal or tax advice**

21.2. Fish Bear does not provide advice regarding tax and/or legal matters. Players who wish to obtain advice regarding tax and legal matters are advised to contact appropriate advisors.

Ex. B 0021

## 22. DISPUTE RESOLUTION AND AGREEMENT TO ARBITRATE ON AN INDIVIDUAL BASIS

PLEASE READ THIS CLAUSE 22 CAREFULLY BECAUSE IT MAY REQUIRE YOU AND FISH BEAR TO ARBITRATE CERTAIN DISPUTES AND CLAIMS ON AN INDIVIDUAL BASIS AND LIMITS THE MANNER IN WHICH YOU AND FISH BEAR CAN SEEK RELIEF FROM EACH OTHER. THIS CLAUSE 22 WILL BE CONSTRUED UNDER AND BE SUBJECT TO THE FEDERAL ARBITRATION ACT, NOTWITHSTANDING ANY OTHER CHOICE OF LAW SET OUT IN THESE TERMS AND CONDITIONS.

22.1. By agreeing to these Terms, and to the extent permitted by applicable law, you and Fish Bear agree that any and all past, present and future disputes, claims or causes of action arising out of or relating to these Terms, the Site, the formation of these Terms or any other dispute between you and Fish Bear or any of Fish Bear's affiliates, licensors, distributors, suppliers or agents (including any application store or Site from which the Site is accessed or downloaded), and whether arising prior to or after your agreement to this clause, (collectively, "Dispute(s)") will be governed by the procedure outlined below. You and Fish Bear further agree that any arbitration pursuant to this clause shall not proceed as a class, group or representative action.

### Complaint Resolution

22.2. We want to address any concerns you may have without the need for a formal legal dispute.

22.3. Before filing a claim against Fish Bear, you agree to try to resolve any complaint in accordance with clause 18. If your complaint is not resolved after exhausting the internal complaints process outlined in clause 18, you may initiate Dispute resolution as set out in this clause 22.

22.4. Fish Bear agrees that it will take all reasonable efforts to contact you and resolve any claim it may possess informally prior to taking any formal action.

### Arbitration

22.5. We Both Agree to Arbitrate. By agreeing to these Terms and Conditions, and to the extent permitted by applicable law, both you and Fish Bear agree to resolve any Disputes – including any Dispute concerning the enforceability, validity, scope or severability of this agreement to arbitrate – through final and binding arbitration.

22.6. Opt-out of Agreement to Arbitrate. You may decline this agreement to arbitrate by contacting Pokerclub3@outlook.com within 30 days of first accepting these Terms and Conditions. Your email must include your first and last name and a statement that you decline this arbitration clause. By opting out of this clause, you will not be precluded from using the Site, but neither you nor Fish Bear will be able to invoke the mutual agreement to arbitrate to resolve Disputes. Whether to agree to arbitration is an important decision. It is your decision to make and you are not required to rely solely on the information provided in these Terms and Conditions. You should take reasonable steps to conduct further research and, if you wish, to consult with counsel of your choice.

### Arbitration Procedures and Fees

22.7. You and Fish Bear agree that:

> a. the American Arbitration Association ("AAA") will administer the arbitration under its Commercial Arbitration Rules and the Supplementary Procedures for Consumer Related

Disputes, or successor rules, which are in effect at the time arbitration is sought ("AAA Rules"). Those rules are available at www.adr.org;

b. arbitration will proceed on an individual basis;

c. arbitration will be handled by a sole arbitrator in accordance with the AAA Rules;

d. the AAA rules will govern payment of all arbitration fees;

e. except as otherwise may be required by the AAA Rules, the arbitration will be held in New York, or, at your election, conducted via telephone or other remote electronic means;

f. the arbitrator shall be authorized to award any remedies, including injunctive relief, that would be available to you in an individual lawsuit and that are not waivable under applicable law. Notwithstanding any language to the contrary in this clause 22.7(f), if a party seeks injunctive relief that would significantly impact other Fish Bear users as reasonably determined by either party, the parties agree that such arbitration will proceed on an individual basis but will be handled by a panel of three (3) arbitrators. Each party shall select one arbitrator, and the two party-selected arbitrators shall select the third, who shall serve as chair of the arbitral panel. That chairperson shall be a retired judge or an attorney licensed to practice law and with experience arbitrating or mediating disputes. In the event of disagreement as to whether the threshold for a three-arbitrator panel has been met, the sole arbitrator appointed in accordance with this clause shall make that determination. If the arbitrator determines a three-person panel is appropriate, the arbitrator may – if selected by either party or as the chair by the two party-selected arbitrators – participate in the arbitral panel; and

g. except as and to the extent otherwise may be required by law, the arbitration proceeding and any award shall be confidential.

**Arbitration to Proceed Individually**

22.8. You and Fish Bear agree that the arbitration of any Dispute shall proceed on an individual basis and neither you nor Fish Bear may bring a claim as a part of a Collective Arbitration.

22.9. Without limiting the generality of clause 22.8, and as an example only, a claim to resolve a Dispute against Fish Bear will be deemed a Collective Arbitration if:

a. two (2) or more similar claims for arbitration are filed concurrently by or on behalf of one or more claimants; and

b. counsel for the claimants are the same, share fees or coordinate in any way across the arbitrations.

22.10. For the purposes of clause 22.9, the term "concurrently" means that both arbitrations are pending (filed but not resolved) at the same time.

**Waiver of Class Action and Collective Arbitration**

22.11. TO THE MAXIMUM EXTENT PERMITTED BY APPLICABLE LAW, NEITHER YOU NOR FISH BEAR SHALL BE ENTITLED TO CONSOLIDATE, JOIN OR COORDINATE DISPUTES BY OR AGAINST OTHER INDIVIDUALS OR ENTITIES, OR PARTICIPATE IN ANY COLLECTIVE ARBITRATION (AS DEFINED ABOVE) OR ARBITRATE OR LITIGATE ANY DISPUTE IN A REPRESENTATIVE CAPACITY, INCLUDING AS A REPRESENTATIVE

MEMBER OF A CLASS OR IN A PRIVATE ATTORNEY GENERAL CAPACITY OR OTHERWISE SEEK TO RECOVER FOR LOSSES INCURRED BY A THIRD PARTY. IN CONNECTION WITH ANY DISPUTE (AS DEFINED ABOVE), ANY AND ALL SUCH RIGHTS ARE HEREBY EXPRESSLY AND UNCONDITIONALLY WAIVED. NOTWITHSTANDING ANYTHING TO THE CONTRARY SET FORTH IN THIS AGREEMENT, IN THE EVENT ALL OR ANY PORTION OF THIS CLAUSE 22.11 IS FOUND TO BE INVALID OR LESS THAN FULLY ENFORCEABLE, THEN THE ENTIRETY OF CLAUSE 22 (DISPUTE RESOLUTION AND AGREEMENT TO ARBITRATE ON AN INDIVIDUAL BASIS) MAY BE DEEMED VOID AND AS HAVING NO EFFECT UPON EITHER PARTY'S ELECTION.

## 23. OTHER

**Entire Agreement**

23.1. These Terms and Conditions constitute the entire agreement between you and us with respect to your Participation and, save in the case of fraud, supersede all prior or contemporaneous communications and proposals, whether electronic, oral or written, between you and us with respect to your Participation.

**Amendments**

23.2. Fish Bear reserves the right to amend these Terms and Conditions, or to implement or amend any procedures, at any time. Any amendments will be published on the Site and such changes will be binding and effective immediately.

23.3. Whenever we amend these Terms and Conditions in a way that would limit your current rights or which may be to your detriment, we will notify you upon your next visit to the Site and you will be required to re-confirm your acceptance prior to playing any Games. If you do not agree to the amended Terms and Conditions, you must stop using the Site.

**Tax**

23.4. You are solely responsible for any taxes which apply to any Prizes that you collect from your Participation.

**Force Majeure**

23.5. Fish Bear will not be liable or responsible for any failure to perform, or delay in performance of, any of our obligations under these Terms and Conditions that is caused by events outside of our reasonable control.

**No agency**

23.6. Nothing in these Terms and Conditions will be construed as creating any agency, partnership, trust arrangement, fiduciary relationship or any other form of joint enterprise between you and us.

**Severability**

23.7. If any of the Terms and Conditions are determined by any competent authority to be invalid, unlawful or unenforceable to any extent, such term, condition or provision will, to that extent, be

Ex. B 0024

severed from these Terms and Conditions. All remaining terms, conditions and provisions will continue to be valid to the fullest extent permitted by law. In such cases, the part deemed invalid or unenforceable will be amended in a manner consistent with the applicable law to reflect, as closely as possible, the original import of the invalid or unenforceable provision.

**Explanation of Terms and Conditions**

23.8. We consider these Terms and Conditions to be open and fair. If you need any explanation regarding these Terms and Conditions or any other part of our Site contact Customer Support via Pokerclub3@outlook.com.

23.9. The Terms and Conditions prevail over any communication via email or chat.

23.10. All correspondence between you and us may be recorded.

**Assignment**

23.11. These Terms and Conditions are personal to you, and are not assignable, transferable or sub-licensable by you except with our prior written consent. We reserve the right to assign, transfer or delegate any of our rights and obligations hereunder to any third party without notice to you.

**Business Transfers**

23.12. In the event of a change of control, merger, acquisition, or sale of assets of the Fish Bear, your customer account and associated data may be part of the assets transferred to the purchaser or acquiring party. In such an event, we will provide you with notice via email or via our Site explaining your options with regard to the transfer of your customer account.

**Language**

23.13. These Terms and Conditions may be published in several languages for information purposes and ease of access by players but will all reflect the same principles. It is only the English version that is the legal basis of the relationship between you and us and in case of any discrepancy between a non-English version and the English version of these Terms and Conditions, the English version will prevail.

**Applicable Law and Jurisdiction**

23.14. These Terms and Conditions, your use of the Site and our entire relationship will be governed, and interpreted in accordance with, the laws of Hong Kong, without regard for its choice of conflict of law principles. The application of the United Nations Convention on Contracts for the International Sale of Goods is specifically excluded.

23.15. Subject to Clause 6.2 and absent an express statement to the contrary, in the event of any conflict or inconsistency between any provision of these Terms and Conditions and a provision of the Responsible Social Gameplay, Sweeps Rules or Customer Acceptance Policy all control solely to the extent necessary to resolve the conflict or inconsistency.

23.16. You acknowledge that, unless stated otherwise, the Games are operated from Fish Bear and your Participation takes place in Fish Bear. Any contractual relationship between you and us will be deemed to have been entered into and performed in Fish Bear.

Ex. B 0025

23.17. Subject to clause 22, the parties agree that any dispute, controversy or claim arising out of or in connection with these Terms and Conditions, or the breach, termination or invalidity of these Terms and Conditions, will be submitted exclusively to the courts in Hong Kong, and you and we consent to the venue and personal jurisdiction of those courts. Notwithstanding the foregoing, any motion to compel arbitration or to enforce an arbitral award issued hereunder may be brought before any court of competent jurisdiction.

Ex. B 0026