FILED

2026 Apr-17  AM 10:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHWESTERN DIVISION**

|  |  |  |
|---|---|---|
| SARAH CLARK, | ) | |
| Plaintiff, | ) | CIVIL ACTION NO. 3:26-cv-00406-HNJ |
| v. | ) | |
| FISH BEAR STUDIO, LTD, | ) | |
| Defendant. | ) | |

**JOINT MOTION TO ENTER ORDER COMPELLING ARBITRATION**

Plaintiff Sarah Clark and Defendant Fish Bear Studio, Ltd ("Fish Bear"), through undersigned counsel, respectfully move this Court to enter an order compelling arbitration. In support of this motion, the Parties state as follows:

1. On April 1, 2026, Fish Bear filed a motion to compel arbitration under the Convention on the Recognition and Enforcement of Foreign Arbitral Awards (the "Convention") and 9 U.S.C. §§ 201–208 (the "Convention Act").

2. The parties have conferred and agree that Plaintiff's claims should be submitted to arbitration in the first instance and that all further proceedings and all pending deadlines in this matter should be stayed.

3. By agreeing to submit her claims to arbitration, Plaintiff does not waive, and expressly reserves, all arguments, including but not limited to, all arguments as to the formation, validity, and enforceability of the terms of service, the arbitration provision, and the delegation provision contained within the arbitration provision, as well as which terms, if any, apply. By agreeing to submit to arbitration in the first instance, Plaintiff is not waiving any arguments in opposition to Fish Bear's arguments in paragraph 4.

1

4.    By agreeing to submit Plaintiff's claims to arbitration, Fish Bear does not waive, and expressly reserves all arguments in opposition to Plaintiff's above-enumerated reservations, as well as all additional defenses, including but not limited to  lack of personal jurisdiction, that Plaintiff lacks standing to pursue her claims, that Plaintiff has failed to state a claim under Alabama law, or that another state's law may govern this case. Nothing herein shall be read or implied as a concession regarding any of Fish Bear's defenses.

5.    A Proposed Order is attached hereto as **Exhibit A**.

WHEREFORE, the Parties respectfully request that the Court enter an order compelling Plaintiff to submit her claims to arbitration in the first instance and staying all further proceedings and deadlines in this matter.

 Dated: April 17, 2026

Respectfully submitted,

*/s/ Welsey W. Barnett*

Jeffrey L. Bowling
John A. McReynolds, IV
Evan M. Hargett
BEDFORD, ROGERS & BOWLING, P.C.
303 North Jackson Street
P.O. Box 669
Russellville, AL 35653-0669
Telephone: 256-332-2880
Jeff@rbmattorneys.com
John@rbmattorneys.com
Evan@rbmattorneys.com

John E. Norris
D. Frank Davis
Welsey W. Barnett
Dargan M. Ware
DAVIS & NORRIS LLP
Telephone: 205-930-9900
Facsimile: 205-930-9989
jnorris@davisnorris.com

2

fdavis@davisnorris.com
wbarnett@davisnorris.com
dware@davisnorris.com

*Counsel for Plaintiff*


*/s/ Gerald P. Gillespy*

**BURR & FORMAN LLP**
Gerald P. Gillespy (GILLG3726)
420 North 20th Street
Suite 3400
Birmingham, AL 35203
Tel: (205) 251-3000
Fax: (205) 458-5100
Email: ggillespy@burr.com

**IFRAH PLLC**
A. Jeff Ifrah (*pro hac vice*)
jeff@ifrahlaw.com
Robert W. Ward (*pro hac vice*)
rward@ifrahlaw.com
1717 Pennsylvania Ave. NW, Suite 650
Washington, D.C. 20006
Tel: (202) 524-4140
Fax: (202) 524-4141

*Counsel for Defendant*

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 17th day of April, 2026, I caused the foregoing document to be filed via the Court's electronic filing system, which will transmit a notice of electronic filing to all counsel of record.

*/s/ Gerald P. Gillespy*